Bradley T. Cave, P.C. (Wyo. State Bar # 5-2792)
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Fax: 307.778.8175
bcave@hollandhart.com
jspope@hollandhart.com

Timothy Getzoff (pending *pro hac vice*)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, COP 80302
Telephone: 303.473.2700
tgetzoff@hollandhart.com

ATTORNEYS FOR DEFENDANTS GERRY SPENCE'S TRIAL LAWYERS RANCH AT THUNDERHEAD RANCH, GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW AND KENT SPENCE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING
## CASPER DIVISION

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation, <br><br>　　　Plaintiff. <br><br>vs. <br><br>GERRY SPENCE'S TRIAL LAWYERS RANCH AT THUNDERHEAD RANCH, a nonprofit corporation and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE and JOHN DOE, individual, <br><br>　　　Defendants. | Civil Action No. 1:20-CV-00080-ABJ |

## ENTRY OF APPEARANCE OF BRADLEY T. CAVE

Bradley T. Cave, with the law firm of Holland & Hart LLP, hereby enters his appearance as counsel for Defendants Gerry Spence's Trial Lawyers Ranch at Thunderhead Ranch, Gerald

L. Spence, John Zelbst, Rex Parris, Joseph H. Low and Kent Spence for all purposes in the above-entitled matter.

DATED: May 21, 2020

/s/ *Bradley T. Cave*
Bradley T. Cave, P.C. (Wyo. State Bar # 5-2792)
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Fax: 307.778.8175
bcave@hollandhart.com
jspope@hollandhart.com

Timothy Getzoff (pending *pro hac vice*)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, COP 80302
Telephone: 303.473.2700
tgetzoff@hollandhart.com

ATTORNEYS FOR DEFENDANTS GERRY SPENCE'S TRIAL LAWYERS RANCH AT THUNDERHEAD RANCH, GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW AND KENT SPENCE

14683325_v1