FILED



2:09 pm, 5/20/20

**Margaret Botkins
Clerk of Court**

# DESIGNATION OF A CIRCUIT JUDGE
# FOR SERVICE IN A DISTRICT COURT
# WITHIN THE TENTH CIRCUIT

Pursuant to the provisions of Title 28, United States Code § 291(b), I designate and assign United States Circuit Judge Joel Carson of the Tenth Circuit Court of Appeals to hold court in the United States District Court for the District of Wyoming on case number 1:20-CV-00080 effective immediately.

Copies of this designation shall be furnished to the Chief Judges and Clerks of the respective Courts.

5/20/2020
Date

Timothy M. Tymkovich, Chief Judge
United States Court of Appeals
for the Tenth Circuit