Bradley T. Cave, P.C. (Wyo. State Bar # 5-2792)
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Fax: 307.778.8175
bcave@hollandhart.com
jspope@hollandhart.com

Timothy Getzoff (pending *pro hac vice*)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: 303.473.2700
tgetzoff@hollandhart.com

ATTORNEYS FOR DEFENDANTS GERRY SPENCE'S TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW AND KENT SPENCE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

## CASPER DIVISION

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br><br>Plaintiff.<br><br>vs.<br><br>GERRY SPENCE'S TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE and JOHN DOE, individual,<br><br>Defendants. | Civil Action No. 1:20-CV-00080-ABJ |

## MOTION PRO HAC VICE OF TIMOTHY GETZOFF

Defendants Gerry Spence's Trial Lawyers College at Thunderhead Ranch, Gerald L. Spence, John Zelbst, Rex Parris, Joseph H. Low and Kent Spence move this Court for an Order Admitting *Pro Hac Vice* of Timothy Getzoff, of the firm of Holland & Hart LLP, 1800 Broadway, Suite 300, Boulder, CO 80302, telephone 303.473.2700; email

tgetzoff@hollandhart.com, to practice before this Court in this proceeding. As grounds therefore, Defendants state:

Timothy Getzoff is duly licensed in the State of Colorado (Colorado State Bar No. 27299) and is of good moral character and veracity. Timothy Getzoff is admitted to practice before all Colorado state courts, the United States District Court for the District of Colorado and the United States Court of Appeals for the Tenth Circuit. He is a member in good standing with each of these Courts.

Timothy Getzoff will remain associated with undersigned counsel throughout this case, and undersigned counsel will be fully prepared to represent the client at any time, in any capacity, as required by the Court. Timothy Getzoff consents to the exercise of disciplinary jurisdiction by this Court.

Undersigned counsel is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court and vouches for the good moral character and veracity of Timothy Getzoff.

WHEREFORE defendants respectfully request that Timothy Getzoff be admitted *pro hac vice* for this proceeding. A proposed form of Order is attached.

DATED: May 22, 2020

/s/ *Bradley T. Cave*
Bradley T. Cave, P.C. (Wyo. State Bar # 5-2792)
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Fax: 307.778.8175
bcave@hollandhart.com
jspope@hollandhart.com

2

Timothy Getzoff (pending *pro hac vice*)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: 303.473.2700
tgetzoff@hollandhart.com

ATTORNEYS FOR DEFENDANTS GERRY SPENCE'S TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW AND KENT SPENCE

14683957_v1