# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

**CASPER DIVISION**

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br><br>　　　Plaintiff.<br><br>vs.<br><br>GERRY SPENCE'S TRIAL LAWYERS RANCH AT THUNDERHEAD RANCH, a nonprofit corporation and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE and JOHN DOE, individual,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 1:20-CV-00080-ABJ |

## DECLARATION OF TIMOTHY GETZOFF IN SUPPORT OF MOTION PRO HACE VICE

I, Timothy Getzoff, declare under penalty of perjury that the following facts are true and correct and within my personal knowledge.

1.　　I am submitting this Affidavit in support of the Motion of Defendants Gerry Spence's Trial Lawyers College at Thunderhead Ranch, Gerald L. Spence, John Zelbst, Rex Parris, Joseph H. Low and Kent Spence for my admission to appear Pro Hac Vice pursuant to Local rule 83.12.2(b).

2.　　I am an attorney in the law firm of Holland & Hart LLP, located at 1800 Broadway, Suite 300, Boulder, CO 80302.  My telephone number is 303.473.2734 and my email address is tgetzoff@hollandhart.com.

3.　　I have been admitted to practice before the following courts on the dates set forth below:

      a.      The State of Colorado (Reg. No. 27,299) and all state courts therein (admitted 9/1996).

      b.      United States District Court for the District of Colorado (admitted 11/5/1996)

      c.      United States Court of Appeals for the Tenth Circuit (admitted 11/8/1996)

      4.      There are no pending disciplinary proceedings against me and I have never received any public sanctions.

      5.      I will comply with and be bound by the local rules of the United States District Court for the District of Wyoming.

      6.      I acknowledge that by appearing pro hac vice I am submitting to and am subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

      7.      Bradley T. Cave of the law firm of Holland & Hart LLP, 2515 Warren Avenue, Suite 450, P.O. Box 1347, Cheyenne, Wyoming  82003-1347, is a member of the bar of the State of Wyoming and has appeared and agreed to act as local counsel.  I acknowledge that Bradley Cave is required to be fully prepared to represent defendants at any time, in any capacity.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2020

Timothy P. Getzoff

14684060_v1