# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING
# CASPER DIVISION

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br><br>Plaintiff.<br><br>vs.<br><br>GERRY SPENCE'S TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE and JOHN DOE, individual,<br><br>Defendants. | Civil Action No. 1:20-CV-00080-ABJ |

## ORDER GRANTING PRO HAC VICE MOTION OF TIMOTHY GETZOFF

THIS MATTER having come before the Court upon the motion of counsel for the Defendants, Gerry Spence's Trial Lawyers College at Thunderhead Ranch, Gerald L. Spence, John Zelbst, Rex Parris, Joseph H. Low and Kent Spence, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting Timothy Getzoff as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

IT IS HEREBY ORDERED that Timothy Getzoff is hereby admitted to practice before this Court for all purposes in this matter.

IT IS FURTHER ORDERED that Local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as

2

well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

DATED: _____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

14685490_v1