UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

```
FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

MAY 26 2020

U.S. MAGISTRATE JUDGE
```

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, *a nonprofit corporation*, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GERRY SPENCE'S TRIAL LAWYERS COLLEGE AT )<br>THUNDERHEAD RANCH, *a nonprofit corporation*; )<br>GERALD L. SPENCE; JOHN ZELBST; REX PARRIS; )<br>JOSEPH H. LOW; and KENT SPENCE, )<br>)<br>Defendants. ) | Civil Action No. 1:20-CV-00080 |

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF TIMOTHY GETZOFF AS COUNSEL FOR DEFENDANTS GERRY SPENCE'S TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, AND KENT SPENCE

**THIS MATTER** having come before the Court upon the motion of counsel for the Defendants, Gerry Spence's Trial Lawyers College at Thunderhead Ranch, Gerald L. Spence, John Zelbst, Rex Parris, Joseph H. Low, and Kent Spence, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Timothy Getzoff as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter, and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Timothy Getzoff is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all Proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 26th day of May, 2020.

_____
MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE