Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:  (307) 265-0700
Facsimile:  (307) 266-2306
E-Mail:  pmurphy@wpdn.net

Christopher K. Ralston (Admitted *Pro Hac Vice*)
Lindsay Calhoun (Admitted *Pro Hac Vice*)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-584-9358
Facsimile: 504-568-9130
Email: chris.ralston@phelps.com
       lindsay.calhoun@phelps.com

Attorneys for The Trial Lawyers College

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, ) <br> a nonprofit corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GERRY SPENCES TRIAL ) <br> LAWYERS COLLEGE AT ) <br> THUNDERHEAD RANCH, a ) <br> nonprofit corporation, and GERALD ) <br> L. SPENCE, JOHN ZELBST, REX ) <br> PARRIS, JOSEPH H. LOW, KENT ) <br> SPENCE, and JOHN DOE, ) <br> individuals. ) <br> ) <br> Defendants. | CIVIL ACTION NO. 1:20-cv-0080 <br><br> _____ <br><br> **JUDGE CARSON** <br><br> **MAGISTRATE JUDGE CARMAN** |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

1

PLAINTIFF The Trial Lawyers College, ("Plaintiff" or the "TLC"), respectfully requests that the Court enter a preliminary injunction against DEFENDANTS Gerry Spences Trial Lawyers College at Thunderhead Ranch, Gerald L. Spence, John Zelbst, Rex Parris, Joseph H. Low, Kent Spence, and John Doe (collectively, "Defendants"). For the reasons set forth in Plaintiff's Memorandum in Support, TLC respectfully requests that the Court grant its Motion for Preliminary Injunction on Counts 1 and 2 of the Verified Complaint, and restrain and enjoin Defendants from directly or indirectly: (i) infringing on either of the TLC Marks, including but not limited to, using TLC's Marks in their communications and publications and/or operating under the directly-infringing name "Gerry Spences Trial Lawyers College at the Thunderhead Ranch" or close iterations thereof; and (ii) engaging in any false designations of origin, passing off, false and misleading statements, false advertising, and/or unfair competition related to the TLC Marks and TLC's services, including but not limited to taking any actions which suggest that "Gerry Spences Trial Lawyers College at the Thunderhead Ranch" is affiliated with TLC and/or that the Defendants represent TLC in any capacity, and/or from taking any actions that mislead or confuse the public regarding the same.

Dated: May 27, 2020

        Respectfully submitted,

        **THE TRIAL LAWYERS COLLEGE**

        */s/ Christopher K. Ralston*
        Christopher K. Ralston, (La. Bar #26706)
        (Admitted *pro hac vice*)
        Lindsay Calhoun, (La. Bar #35070)
        (Admitted *pro hac vice*)
        Phelps Dunbar LLP
        Canal Place | 365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: 504-566-1311
        Telecopier: 504-568-9130
        Email: ralstonc@phelps.com
                lindsay.calhoun@phelps.com

        and

        By: /s/ Patrick J. Murphy
        Patrick J. Murphy, WSB No. 5-1779
        Zara S. Mason, WSB No. 7-6267
        WILLIAMS, PORTER, DAY & NEVILLE, P.C.
        159 North Wolcott, Suite 400
        P.O. Box 10700
        Casper, WY 82602-3902
        Telephone:  (307) 265-0700
        Facsimile:  (307) 266-2306
        E-mail:  pmurphy@wpdn.net
                zmason@wpdn.net

        **ATTORNEYS FOR PLAINTIFF THE TRIAL LAWYERS COLLEGE**

## **CERTIFICATE OF SERVICE**

  I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all parties this 27th day of May, 2020.

            */s/ Christopher K. Ralston*
            Christopher K. Ralston