FILED



2:53 pm, 8/20/20

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

The Trial Lawyers College

　　　　　　　　　　　　Plaintiff,

vs.

Gerry Spences Trial Lawyers College at Thunderhead Ranch et al

　　　　　　　　　　　　Defendant.

Case Number: 20-CV-00080-JMC

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Aug 20, 2020　　　Time: 8:59am-10:09am; 10:22am-12:10pm; 1:14pm-2:17pm

| Mark L. Carman | Becky Harris | Megan Strawn | Katherine Wenner |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)　　Christopher Ralston, Lindsay Calhoun and Zara Mason by video, Patrick Murphy in person

Attorney(s) for Defendant(s)　　Timothy Getzoff by video, Jeffrey Pope in person

Witness(es) for Plaintiff(s)　　Maren Chaloupka, James R. Clary, Jr.

Witness(es) for Defendant(s)　　Daniel Ambrose, Joseph Low, Rex Parris

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 51 | Motion for Contempt | |

☐ Briefs to be filed on or before　　　　　by
　　　　　　　　　　　　　　　　　　　　by

☐ Order to be prepared by　☐ Court　☐ Attorney

Other:
Hearing held via VTC.

The parties have reached a stipulation as to the authenticity and admissibility of all of the attachments to the pleadings regarding this motion. All the exhibits that were attached to the pleadings in this case will be considered as admitted exhibits so they will be considered by the court pursuant to the stipulation of the parties.

Civil Motion Minute Sheet
20-CV-00080-JMC

Plaintiff calls Maren Chaloupka (9:13am-10:09am)
  Exhibit(s): 52-1, 53-5, 53-2, 72-1-B, 72-1-C, 72-1-D

Defendants call Daniel Ambrose (10:23am-10:40am)
  Exhibit(s): 72-1-C

Plaintiff calls James R. Clary, Jr. (10:42am-11:32am)
  Exhibit(s): 52-1, 53-5, 53-2, 53-1, 53-3, 53-4, 72-1-B

Defendants call Joseph Low (11:38am-12:09pm and 1:15pm-1:23pm)
  Exhibit(s): 57-2

Defendants call Rex Parris (1:25pm-1:57pm)
  Exhibit(s): 72-1, 53-2, 53-3, 53-4

1:57 pm  Closing arguments by Mr. Ralston for the Plaintiff

2:03 pm  Closing arguments by Mr. Getzoff for the Defendants

2:11 pm  Rebuttal by Mr. Ralston for the Plaintiff

This Court will prepare a Report and Recommendations for Judge Carson.