FILED

UNITED STATES DISTRICT COURT DISTRICT OF WYOMING

3:05 pm, 8/20/20

Margaret Botkins
Clerk of Court

# EXHIBIT LIST

| | | | |
|---|---|---|---|
| The Trial Lawyers College<br>PLAINTIFF(S) | v. | Gerry Spences Trial Lawyers College at Thunderhead Ranch et al<br>DEFENDANT(S) | 20-CV-00080-JMC<br>DOCKET NUMBER |
| Christopher Ralston, Lindsay Calhoun, Patrick Murphy, Zara Mason<br>PLAINTIFF'S ATTORNEY(S) | | Timothy Getzoff, Jeffrey Pope<br>DEFENDANT'S ATTORNEY(S) | 8/20/2020<br>MOTION HEARING DATE(S) |
| Mark L. Carman<br>PRESIDING JUDGE | | Megan Strawn<br>COURT REPORTER | Becky Harris<br>COURTROOM DEPUTY |

| EXHIBIT# | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 52-1 | 08/20/2020 | | x | | Exhibit 1 to Motion: Photo of entrance dated 06/27/2020 |
| 53-5 | 08/20/2020 | | x | | Photo of entrance dated Jul 13, 2020 |
| 53-2 | 08/20/2020 | | x | | Email to Adam from R Rex Parris dated July 5, 2020 at 1:21:18 PM MDT<br>(Dft Ex. 2 to Motion for Sanctions) |
| 72-1-B | 08/20/2020 | | x | | Trial Lawyers University website screenshots<br>(Dft displayed Document 72-1 Filed 08/17/20: TLC Third Brief Sanctions) |
| 72-1-C | 8/20/2020 | | x | | Email from R Rex Parris dated July 24, 2020 at 10:52 am |
| 72-1-D | 08/20/2020 | | x | | Email to Paul from R Rex Parris dated July 14, 2020 at 8:54:14 AM MDT |

| EXHIBIT# | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | WITNESS / DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 53-1 | 8/20/2020 | | x | | Email from R Rex Parris dated July 11, 2020 at 1:53 PM |
| 53-3 | 8/20/2020 | | x | | Notice of Special Meeting of the Board of Directors by R Rex Parris |
| 53-4 | 8/20/2020 | | x | | Email from R Rex Parris dated July 11, 2020 at 10:23:09 PM |
| 57-2 | 08/20/2020 | | x | | Joseph Low Declaration Exhibits (photos) |