UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, *a nonprofit corporation*, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GERRY SPENCE'S TRIAL LAWYERS COLLEGE AT )<br>THUNDERHEAD RANCH, *a nonprofit corporation*; )<br>GERALD L. SPENCE; JOHN ZELBST; REX PARRIS; )<br>JOSEPH H. LOW; and KENT SPENCE, )<br>)<br>Defendants. ) | FILED<br>4:22 pm, 9/16/20<br>U.S. Magistrate Judge<br><br>Civil Action No. 1:20-CV-00080 |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS ANSWER**

___

**THIS MATTER** comes before the Court upon Plaintiff's *Unopposed Motion for Leave to File First Amended Complaint* [Doc. 83] pursuant to Federal Rule of Procedure 15 and Rule 15.1 of the Local Rules of the United States District Court for the District of Wyoming. Plaintiff indicates that Defendants are unopposed to Plaintiff's *Motion*. The Court reviewed this matter and finds that the *Motion* should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's *Unopposed Motion for Leave to File First Amended Complaint* [Doc. 83] is **GRANTED**.

**DATED** this 16th day of September, 2020.

_____
MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE