Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:  (307) 265-0700
Facsimile:  (307) 266-2306
E-Mail:  pmurphy@wpdn.net

Christopher K. Ralston (Admitted *Pro Hac Vice*)
Lindsay Calhoun (Admitted *Pro Hac Vice*)
James Gilbert (Admitted *Pro Hac Vice*)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-584-9358
Facsimile: 504-568-9130
Email: chris.ralston@phelps.com
       lindsay.calhoun@phelps.com
       james.gilbert@phelps.com

Attorneys for The Trial Lawyers College

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | | |
|---|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 1:20-cv-0080 _____ |
| v. | ) ) | |
| | ) | **JUDGE CARSON** |
| GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, and JOHN DOE, individuals. | ) ) ) ) ) ) ) | **MAGISTRATE JUDGE CARMAN** |
| Defendants. | | |

1

PD.29893005.1

## CONSENT MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff the Trial Lawyers College ("Plaintiff" or "TLC") who respectfully moves the Court to enter the attached proposed protective order in this matter.  The parties are engaged in written discovery in accordance with the Scheduling Order.  As the parties have begun preparing their respective document productions, it has become apparent that certain confidential and/or extremely sensitive information may need to be produced in the discovery process.  To facilitate the exchange of that information, the parties have agreed on a proposed protective order and respectfully request that the Court enter it as its Protective Order in this matter.  Undersigned counsel has conferred with counsel for Defendants, who consent to the form and entry of the attached proposed protective order.

Respectfully submitted,

**THE TRIAL LAWYERS COLLEGE**

*/s/ Christopher K. Ralston*
Christopher K. Ralston, (La. Bar #26706)
(Admitted *pro hac vice*)
Lindsay Calhoun, (La. Bar #35070)
(Admitted *pro hac vice*)
James Gilbert, (La. Bar # 36468)
(Admitted *pro hac vice*)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
          lindsay.calhoun@phelps.com
          james.gilbert@phelps.com

PD.29893005.1

and

By: /s/ Patrick J. Murphy
Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:  (307) 265-0700
Facsimile:  (307) 266-2306
E-mail:  pmurphy@wpdn.net
            zmason@wpdn.net

**ATTORNEYS FOR PLAINTIFF THE TRIAL LAWYERS COLLEGE**

**CERTIFICATE OF SERVICE AND CONFERRAL**

I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all parties on September 29, 2020.  I further certify that on September 28, 2020, I conferred with Defendants' counsel Timothy Getzoff.  Defendants consent to the entry of the attached protective order.

/s/ *Christopher K. Ralston*
Christopher K. Ralston