Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:  (307) 265-0700
Facsimile:  (307) 266-2306
E-Mail:  pmurphy@wpdn.net

Christopher K. Ralston (Admitted *Pro Hac Vice*)
Lindsay Calhoun (Admitted *Pro Hac Vice*)
James Gilbert (Admitted *Pro Hac Vice*)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-584-9358
Facsimile: 504-568-9130
Email: chris.ralston@phelps.com
          lindsay.calhoun@phelps.com
          james.gilbert@phelps.com

Attorneys for The Trial Lawyers College

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, ) <br> a nonprofit corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GERRY SPENCES TRIAL ) <br> LAWYERS COLLEGE AT ) <br> THUNDERHEAD RANCH, a ) <br> nonprofit corporation, and GERALD ) <br> L. SPENCE, JOHN ZELBST, REX ) <br> PARRIS, JOSEPH H. LOW, KENT ) <br> SPENCE, JOHN JOYCE, and ) <br> DANIEL AMBROSE, individuals. ) <br> <br> Defendants. | CIVIL ACTION NO. 1:20-cv-0080 <br> _____ <br> **JUDGE CARSON** <br> **MAGISTRATE JUDGE CARMAN** |

PD.30224463.1

## MOTION TO DISMISS COUNTERCLAIMS AND THIRD PARTY CLAIMS

PLAINTIFF The Trial Lawyers College, ("Plaintiff" or "TLC"), and Third Party Defendants John Sloan, Milton Grimes, Maren Chaloupka, James R. Clary, Jr., Dana Cole, and Anne Valentine (the "TLC Board") respectfully request that, pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, this Court dismiss the Counterclaims and Third Party Claims recently asserted against them by Defendants Gerry Spence, John Zelbst, Rex Parris, Joseph Low, and Kent Spence ("the Spence Group"). *See* Rec. Doc. 102. As more fully set forth in the Memorandum in Support, the Spence Group has failed to establish a prima facie case for exercise of personal jurisdiction over the TLC Board, as it has not pled any specific acts of the board members directed at the forum state. Additionally, Gerry Spence's claims arising out of TLC and the TLC Board's alleged use of his name and likeness are not cognizable under the Lanham Act or Wyoming state law. Finally, the Spence Group's attempt to reframe the board dispute between it and the TLC Board—a dispute already pending in Wyoming state court—as a Lanham Act claim legally falls flat and should be dismissed by the Court.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

**THE TRIAL LAWYERS COLLEGE**

*/s/ Christopher K. Ralston*
Christopher K. Ralston, (La. Bar #26706)
(Admitted *pro hac vice*)
Lindsay Calhoun, (La. Bar #35070)
(Admitted *pro hac vice*)
James Gilbert, (La. Bar # 36468)
(Admitted *pro hac vice*)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
    lindsay.calhoun@phelps.com
    james.gilbert@phelps.com

and

By: /s/ Patrick J. Murphy
Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:  (307) 265-0700
Facsimile:  (307) 266-2306
E-mail:  pmurphy@wpdn.net
    zmason@wpdn.net


**ATTORNEYS FOR PLAINTIFF THE TRIAL LAWYERS COLLEGE AND THIRD PARTY DEFENDANTS JOHN SLOAN, MILTON GRIMES, MAREN CHALOUPKA, JAMES R. CLARY, JR., DANA COLE, AND ANNE VALENTINE**

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all counsel of record this 11th day of November, 2020.  I further certify that a copy of the forgoing pleading has been sent to unrepresented parties Daniel Ambrose and John Joyce at their last known address via U.S. Mail or commercial courier.

                            /s/ *Christopher K. Ralston*
                            Christopher K. Ralston