Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:  (307) 265-0700
Facsimile:  (307) 266-2306
E-Mail:  pmurphy@wpdn.net

Christopher K. Ralston (Admitted *Pro Hac Vice*)
Lindsay Calhoun (Admitted *Pro Hac Vice*)
James Gilbert (Admitted *Pro Hac Vice*)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-584-9358
Facsimile: 504-568-9130
Email: chris.ralston@phelps.com
        lindsay.calhoun@phelps.com
        james.gilbert@phelps.com

Attorneys for The Trial Lawyers College

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING
## CASPER DIVISION

| | | |
|---|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 1:20-cv-0080 |
| v. | ) ) ) | _____ |
| GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE, and DANIEL AMBROSE, individuals. | ) ) ) ) ) ) ) ) ) | **JUDGE CARSON** **MAGISTRATE JUDGE CARMAN** |
| Defendants. | | |

**TLC'S MOTION TO STRIKE DEFENDANTS'**
**FIRST AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND**
**COUNTERCLAIMS/THIRD PARTY CLAIMS**

PLAINTIFF The Trial Lawyers College, ("Plaintiff" or "TLC") respectfully moves the Court to strike Defendants' First Amended Answer to Second Amended Complaint and Counterclaims/Third Party Claims (Rec. Doc. 108) as it is both untimely and procedurally improper.[1]  As more fully set forth in TLC's Memorandum in Support, Defendants have failed to seek leave of Court to file their out-of-time amendment, and cannot show good cause as to why their amendment should be allowed at this late date.  Accordingly, TLC respectfully requests that the Court strike the First Amended Answer to Second Amended Complaint and Counterclaims/Third-Party Claims filed by Defendants (Rec. Doc. 108) and take up the Motion to Dismiss originally filed by TLC.

**[SIGNATURE PAGE FOLLOWS]**

---

[1] Out of an abundance of caution and in order to preserve their challenges to personal jurisdiction pursuant to Rule 12(b)(2), Third Party Defendants John Sloan, Milton Grimes, Maren Chaloupka, J.R. Clary, Jr., Dana Cole, and Anne Valentine do not join this Motion.  However, they are unopposed to the relief it seeks.

Respectfully submitted,

**THE TRIAL LAWYERS COLLEGE**

 */s/ Christopher K. Ralston*

Christopher K. Ralston, (La. Bar #26706)
(Admitted *pro hac vice*)
Lindsay Calhoun, (La. Bar #35070)
(Admitted *pro hac vice*)
James Gilbert, (La. Bar # 36468)
(Admitted *pro hac vice*)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
        lindsay.calhoun@phelps.com
        james.gilbert@phelps.com

and

By:  /s/ Patrick J. Murphy
Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE,
P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:  (307) 265-0700
Facsimile:  (307) 266-2306
E-mail:  pmurphy@wpdn.net
         zmason@wpdn.net

**ATTORNEYS FOR PLAINTIFF THE TRIAL
LAWYERS COLLEGE AND THIRD PARTY
DEFENDANTS JOHN SLOAN, MILTON
GRIMES, MAREN CHALOUPKA, JAMES
R. CLARY, JR., DANA COLE, AND ANNE
VALENTINE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all counsel of record this 14th day of December, 2020. I further certify that a copy of the forgoing pleading has been sent to unrepresented parties Daniel Ambrose and John Joyce at their last known address via U.S. Mail or commercial courier.

<u>/s/ *Christopher K. Ralston*_____</u>
Christopher K. Ralston