IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

THE TRIAL LAWYERS COLLEGE,
a nonprofit corporation,

    Plaintiff,

v.                                                         Case No. 1:20-cv-80-JMC

GERRY SPENCES TRIAL LAWYERS
COLLEGE AT THUNDERHEAD RANCH,
a nonprofit corporation,
GERALD L. SPENCE,
JOHN ZELBST,
REX PARRIS,
JOSEPH H. LOW,
KENT SPENCE, and
JOHN DOE individuals,

    Defendants.

## ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING DEADLINES AND VACATING IN PART ORDER ON INITIAL PRETRIAL CONFERENCE

On December 8, 2020, the parties filed a Joint Motion to Continue Scheduling Deadlines (Doc. 112).  In that motion, the parties request that the Court vacate the dates and deadlines that have net yet elapsed as set forth in the Order on Initial Pretrial Conference (Doc. 75) and as subsequently modified (Doc. 95).  They additionally request that the Court continue Defendants' deadline for designation of expert witness to December 30, 2020.

For good cause shown, the Court GRANTS the parties' Joint Motion to Continue Scheduling Deadlines and VACATES the dates and deadlines that have not yet elapsed as set forth in the Order on Initial Pretrial Conference and as subsequently modified.  Defendants shall designate expert witnesses on or before December 30, 2020.

Magistrate Judge Carman will set a status and scheduling conference by separate order.

IT IS SO ORDERED.

2

                    Entered for the Court
                    this the 14th day of December, 2020

                    /s/ Joel M. Carson III
                    Joel M. Carson III
                    United States Circuit Judge
                    Sitting by Designation