IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation<br><br>Plaintiff,<br><br>v.<br><br>GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE, and DANIEL AMBROSE, individuals.<br><br>Defendants. | )<br>)<br>)<br>)  CIVIL ACTION NO. 1:20-cv-0080<br>)<br>)<br>)<br>) **JUDGE CARSON**<br>)<br>) **MAGISTRATE JUDGE CARMAN**<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF CHRISTOPHER K. RALSTON**

1. I am a partner of the law firm, Phelps Dunbar LLP and am the counsel representing the Trial Lawyers College ("TLC"), in this above captioned matter. I submit this Declaration for the purpose of establish proof of service of process on John Joyce ("Joyce").

2. On December 10, 2020, via Certified Mail, I served a copy of the Second Amended Complaint (Rec. Doc. 101), Summons, and Order granting Motion for Alternative Service on John Joyce (Rec. Doc. 113) on Joyce at 73 E. Lake Street, Apt. 2604, Chicago, IL 60601.

3. On December 21, 2020, service was perfected on Joyce when a copy of the of the Second Amended Complaint (Rec. Doc. 101), Summons, and Order granting Motion for Alternative Service on John Joyce (Rec. Doc. 113) was delivered to 73 E. Lake Street, Apt. 2604, Chicago, IL 60601.

1

4. Attached hereto as Exhibit "1" is a copy of the cover letter which accompanied the Second Amended Complaint (Rec. Doc. 101), Summons, and Order granting Motion for Alternative Service on John Joyce (Rec. Doc. 113).

5. Attached hereto as Exhibit "2" is a copy of the confirmation from United States Postal Service ("USPS") that the package containing the Second Amended Complaint (Rec. Doc. 101), Summons, and Order granting Motion for Alternative Service on John Joyce (Rec. Doc. 113) was delivered to 73 E. Lake Street, Apt. 2604, Chicago, IL 60601 via Certified Mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 11, 2021 in New Orleans, La.

_____
(SIGNATURE)
Christopher K. Ralston, Esq.