John P. Joyce, Jr., *Pro Se*
J.P. Joyce & Associates
73 E Lake St. Unit 2604
Chicago, IL 60601
(773) 789-7899
johnjoyce@jpjoyce.com

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 JAN 12 AM 11: 34

MARGARET BOTKINS, CLERK
CHEYENNE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING
## CASPER DIVISION

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE,<br><br>    Plaintiff,<br><br>v.<br><br>GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE, and DANIEL AMBROSE, individuals.<br><br>    Defendants. | CIVIL ACTION NO. 1:20-CV-0800<br><br>1:20CV00080 |

### *PRO SE* MOTION FOR ECF PRIVILEGES

NOW COMES the defendant, John P. Joyce, Jr., Esq., acting *Pro Se,* and pursuant to the Local Rules, moves this Court for an order allowing temporary access to the Electronic Court Filing System for the reasons set for below.

1. Defendant Joyce is an attorney licensed to practice law in the state of Illinois, and the licensed in Federal Court.

2. He is a member of the Trial Bar in the Northern District of Illinois and has full ECF filing privileges in that District.

1

3. He anticipates representing himself *Pro Se* in this action and will likely be required to file and serve several papers on numerous parties throughout the litigation.
4. After applying for ECF access through the PACER system, defendant Joyce was informed by the District of Wyoming Clerk of Court that *Pro Se* access to the ECF system must be ordered by the Court on defendant's motion.
5. An order granting ECF privileges to defendant Joyce would be in the best interests of all parties and serve the interests of the Court by facilitating efficient filing and service of papers throughout the remainder of the litigation.

WHEREFORE defendant Joyce prays this Court enter an order granting defendant Joyce *Pro Se* filing privileges through the ECF system throughout the remainder of his participation in the above captioned case.

Respectfully Submitted,

John P. Joyce, Jr., *Esq.*

/s/ *John P. Joyce Jr.*
John P. Joyce, Jr., (IL Bar # 6322079)
J.P. Joyce & Associates
73 E Lake St. Unit 2604
Chicago, IL 60601
(773) 789-7899
johnjoyce@jpjoyce.com

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing document has been served electronically by transmission through the Court's CM/ECF system to all counsel of record at the time of filing.

/s/ *John P. Joyce Jr.*
John P. Joyce, Jr.

2