Patrick J. Murphy, WSB # 5-1779
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Ste. 400
P.O. Box 10700
Casper, WY 82602
Tel: 307.265.0700
Fax: 307.266.2306
Email: pmurphy@wpdn.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE<br>A nonprofit corporation<br>    Plaintiff<br><br>v.<br><br>GERRY SPENCES TRIAL LAWYERS<br>COLLEGE AT THUNDERHEAD RANCH,<br>a nonprofit corporation, GERALD L. SPENCE,<br>JOHN ZELBST, REX PARRIS, JOSEPH H.<br>LOW, KENT SPENCE, and JOHN DOE,<br>individuals<br>    Defendants. | Civil No. 1:20-cv-80-JMC |

## MOTION FOR ADMISSION OF
## MATTHEW R. SLAUGHTER *PRO HAC VICE*

Pursuant to Rule 84.2(b) of the Uniform District Court Rules for the State of Wyoming, Patrick J. Murphy of the law firm of Williams, Porter, Day & Neville, P.C., hereby moves this Court for an order admitting Matthew R. Slaughter of the law firm of Phelps Dunbar LLP, which is located at 365 Canal Street, New Orleans, 70130; Phone No. 566-1311; Facsimile No. 504-584-9237; matthew.slaughter@phelps.com, *pro hac vice*, as counsel for the Plaintiff, The Trial Lawyers College, in the above-captioned matter.

1

PD.32873865.1

The undersigned counsel is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court, The undersigned counsel hereby vouches for the good moral character and veracity of Matthew R. Slaughter. The undersigned counsel is fully prepared to represent the Plaintiff, The Trial Lawyers College, at any time, in any capacity. This Motion also incorporates by reference and relies on the attached Affidavit of Attorney Matthew R. Slaughter.

DATED this 27th day of April, 2021.

THE TRIAL LAWYERS COLLEGE,

Plaintiff

BY:  /s/Patrick J. Murphy
Patrick J. Murphy, W.S.B. # 5-1779
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, Wyoming 82602
(307) 265-0700 (Telephone)
(307) 266-2306 (Facsimile)
Email: pmurphy@wpdn.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 27, 2021, counsel of record in this case were served with a true and correct copy of the foregoing instrument via the Court's CM/ECF electronic system.

/Patrick J. Murphy
Patrick J. Murphy

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| THE TRIAL LAWYERS COLLEGE<br>A nonprofit corporation<br>    Plaintiff<br><br>v.<br><br>GERRY SPENCES TRIAL LAWYERS<br>COLLEGE AT THUNDERHEAD RANCH,<br>a nonprofit corporation, GERALD L. SPENCE,<br>JOHN ZELBST, REX PARRIS, JOSEPH H.<br>LOW, KENT SPENCE, and JOHN DOE,<br>individuals<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:20-cv-80-JMC |

## AFFIDAVIT OF ATTORNEY – MATTHEW R. SLAUGHTER

AFFIANT ATTORNEY, **MATTHEW R. SLAUGHTER**, being of lawful age and being first duly sworn upon his oath, deposes and says as follows:

1. I make this affidavit upon personal knowledge and I am an adult competent to make this affidavit.

2. I am an attorney at the law firm of Phelps Dunbar LLP which is located at 365 Canal Street, Suite 2000, New Orleans, LA 70130. My phone number, fax number and email address are as follows:

        Telephone: 504-584-9237

        Facsimile: 504-568-9130

        Email: matthew.slaughter@phelps.com

1

3.  This affidavit is submitted in support of the motion to admit counsel *pro hac vice* pursuant to U.S.D.C.L.R. 83.12.2 in the above-captioned matter.

4.  I am a member of the State Bar of Louisiana; Bar No: 37308, admitted in the year of 2015 and have been admitted to practice in the following courts:

| COURT | DATE ADMITTED |
|---|---|
| USDC E.D. La. | 10/10/18 |
| U.S. Court of Appeals for the Fifth Circuit | 11/14/18 |
| U.S. Court of Appeal for the Eleventh Circuit | 12/18/17 |
| USDC M.D. La. | 12/06/18 |
| USDC W.D. La | 12/05/18 |
| USDC E.D. Texas | 11/19/20 |
| USDC N.D. Alabama | 10/11/17 |
| USDC M.D. Alabama | 10/17/17 |
| USDC S.D. Alabama | 10/13/17 |
| Supreme Court of Alabama | 09/22/15 |
| Alabama Court of Civil Appeal | 09/22/15 |

5.  I have not been denied admission or disciplined by this Court or any other Court.

6.  I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Wyoming, and I agree to be bound by and comply

with the same. I further agree to submit and be subject to disciplinary jurisdiction of this Court for any misconduct arising in the course of preparation and representation in the proceedings.

7. I acknowledge that local counsel is required to be fully prepared to represent Plaintiff at any time, in any capacity.

WHEREFORE, I respectfully request that the Court grant the motion for admission *pro hac vice* of Matthew R. Slaughter to the bar of the United States District Court for the District of Wyoming.

FURTHER AFFIANT SAYETH NOT.

DATED this 16th day of April, 2021.

_____
MATTHEW R. SLAUGHTER

STATE OF LOUISIANA )
                   )
PARISH OF ORLEANS  )

Before me, a Notary Public in and for the Parish of Orleans, State of Louisiana, personally appeared Matthew R. Slaughter this 16th day of April 2021, and he, being duly sworn by me upon her oath, says that the facts alleged in the foregoing instrument are true.

Witness my hand and official seal: _____
S
E
A
L

My Commission Expires



JAMES GILBERT
Notary Public
State of Louisiana
Orleans Parish
Bar Roll No. 36468
My Commission is for Life

PD.32874375.1