# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
4:08 pm, 6/8/21
U.S. Magistrate Judge

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br><br>                      Plaintiff,<br><br>vs.<br><br>GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE, and DANIEL AMBROSE individuals,<br><br>                      Defendants,<br><br>GERALD L. SPENCE and REX PARRIS,<br><br>                      Counterclaim Plaintiffs,<br><br>vs.<br><br>THE TRIAL LAWYERS COLLEGE, a nonprofit corporation, JOHN SLOAN, JAMES R. CLERY, JR., MILTON GRIMES, DANA COLE, MAREN CHALOUPKA, and ANNE VALENTINE,<br><br>    Counterclaim and Third-Party Defendants. | Case Number:  1:20-CV-00080-JMC-MLC |

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Motions Hearing

Date: 6/8/2021     Time: 2:00 p.m. - 3:00  p.m.

| Mark L. Carman | | | Brent Rhodes |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorneys for Plaintiffs     Christopher Ralston, Matthew Slaughter and Patrick Murphy

Attorney(s) for Defendant(s)     Beth Kushner and Timothy Getzoff

Other:

MINUTE SHEET STATUS CONFERENCE
1:20-CV-00080-JMC-MLC

Counsel Beth Kushner will be providing subject documents with Bates numbers on or before 6/9/2021. When received, the Court address the Motion.

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 170 | MOTION FOR IN CAMERA REVIEW | Under Advisement |