IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

THE TRIAL LAWYERS COLLEGE,
a nonprofit corporation,

    Plaintiff,

v.                                                                                                  Case No. 1:20-cv-80-JMC

GERRY SPENCES TRIAL LAWYERS
COLLEGE AT THUNDERHEAD RANCH,
a nonprofit corporation, and
GERALD L. SPENCE,
JOHN ZELBST,
REX PARRIS,
JOSEPH H. LOW,
KENT SPENCE,
JOHN JOYCE, and
DANIEL AMBROSE, individuals,

Defendants.

## ORDER GRANTING DEFENDANTS' VERIFIED MOTION TO POSTPONE TRIAL SETTING

On February 2, 2021, Defendants Gerry Spence Trial Institute, Gerald L. Spence, John Zelbst, Rex Parris, Joseph H. Low, and Kent Spence filed a Verified Motion to Postpone Trial Setting [Doc. 142]. In their motion, Defendants contend that the trial date conflicts with a trial training college. Plaintiffs oppose the motion.

For reasons appearing to the Court, the Court agrees that it should postpone the trial setting in this civil action. Accordingly, the Court GRANTS the relief sought in Defendants' Verified Motion to Postpone Trial Setting [Doc. 142]. The Court VACATES all existing scheduling order deadlines subject to further order of the Court.

IT IS SO ORDERED.

Entered for the Court
this the 17th day of June, 2021

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation

Case 1:20-cv-00080-JMC   Document 201   Filed 06/17/21   Page 2 of 2

2