Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:  (307) 265-0700
Facsimile:  (307) 266-2306
E-Mail:  pmurphy@wpdn.net

Christopher K. Ralston (Admitted *Pro Hac Vice*)
Lindsay Calhoun (Admitted *Pro Hac Vice*)
James Gilbert (Admitted *Pro Hac Vice*)
Matthew R. Slaughter (Admitted *Pro Hac Vice*)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-584-9358
Facsimile: 504-568-9130
Email: chris.ralston@phelps.com
       lindsay.calhoun@phelps.com
       james.gilbert@phelps.com
       matthew.slaughter@phelps.com

Attorneys for The Trial Lawyers College, John Sloan,
Milton Grimes, Maren Chaloupka, James R. Clary, Jr.,
Dana Cole, and Anne Valentine

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | | |
|---|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 1:20-cv-0080 _____ |
| v. | ) ) ) | **JUDGE CARSON** |
| GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE, and DANIEL AMBROSE individuals. | ) ) ) ) ) ) ) ) | **MAGISTRATE JUDGE CARMAN** |
| Defendants. | | |

1

PD.34027285.1

## PLAINTIFF'S MOTION TO COMPEL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff the Trial Lawyers College ("Plaintiff" or "TLC"), who respectfully moves the Court to compel Defendants Gerry Spence's Trial Lawyers College ("GSTLC"), Gerry Spence, Rex Parris, Kent Spence, John Zelbst, and Joey Low ("the Spence Defendants") to respond to discovery requests seeking information related to the listserv(s) promoting Defendants' competing trial skills program.

As set forth more fully in the attached memorandum in support, Plaintiff has propounded three separate sets of discovery requests to the Spence Defendants targeted to uncover information related to the origin, control, contact information, and communications of the listserv(s) promoting the Defendants' competing program. To date, the Spence Defendants have not provided satisfactory responses to the listserv requests. Instead, the Spence Defendants' responses are internally inconsistent and evasive. Moreover, recently discovered evidence further demonstrates that the Spence Defendants' discovery responses are untruthful. Plaintiff respectfully requests the Court order the Spence Defendants to comply with their discovery obligations to provide complete, truthful, and accurate responses to Plaintiff's discovery requests related to the listserv(s) and also requests that it be awarded attorney's fees TLC was forced to incur in advancing this motion.[1]

**[SIGNATURE PAGE FOLLOWS]**

---

[1] Local Rule 37.2(b) requires Plaintiff to identify and set forth the specific interrogatory, request or response constituting the subject matter of the motion. Plaintiffs attach as Exhibit 1 a list of the discovery requests and Defendants' responses that are at issue. Those requests are discussed summarily below.

2

Respectfully submitted,

**THE TRIAL LAWYERS COLLEGE**

 */s/ Christopher K. Ralston*
Christopher K. Ralston, (La. Bar #26706)
(Admitted *pro hac vice*)
Lindsay Calhoun, (La. Bar #35070)
(Admitted *pro hac vice*)
James Gilbert, (La. Bar # 36468)
(Admitted *pro hac vice*)
Matthew R. Slaughter, (La. Bar # 37308)
(Admitted *pro hac vice*)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  ralstonc@phelps.com
            lindsay.calhoun@phelps.com
            james.gilbert@phelps.com
            matthew.slaughter@phelps.com

and

Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:  (307) 265-0700
Facsimile:  (307) 266-2306
E-mail:  pmurphy@wpdn.net
            zmason@wpdn.net

**ATTORNEYS FOR PLAINTIFF THE TRIAL LAWYERS COLLEGE AND THIRD PARTY DEFENDANTS JOHN SLOAN, MILTON GRIMES, MAREN CHALOUPKA, JAMES R. CLARY, JR., DANA COLE, AND ANNE VALENTINE**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all parties on June 22, 2021.

*/s/ Christopher K. Ralston*