

FILED
3:35 pm, 7/19/21
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br><br>                          Plaintiff,<br><br>vs.<br><br>GERRY SPENCES TRIAL INSTITUTE, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE, and DANIEL AMBROSE individuals,<br><br>                          Defendants,<br><br>GERALD L. SPENCE and REX PARRIS,<br><br>                  Counterclaim Plaintiffs,<br>vs.<br><br>THE TRIAL LAWYERS COLLEGE, a nonprofit corporation, JOHN SLOAN, JAMES R. CLERY, JR., MILTON GRIMES, DANA COLE, MAREN CHALOUPKA, and ANNE VALENTINE,<br><br>                  Counterclaim and<br>         Third-Party Claim Defendants. | Case Number: 1:20-cv-00080-JMC-MLC<br><br><br><br><br><br>Interpreter Needed: No<br><br><br><br><br><br><br><br><br><br><br><br>Setting or Resetting: Setting |

Type of Case:

## CIVIL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: | Before: |
|---|---|
| Yellowstone Justice Center<br>105 Albright Ave<br>Mammoth YNP, WY 82190 | Mark L. Carman, United States Magistrate Judge |
| | Date and Time: |
| | 8/3/21 at 1:30 PM Mountain Time (via Zoom) |

Type of Proceeding:

Hearing on Motion to Compel [ECF Doc. 202]

All parties should appear via Zoom. The required link and security code can be found below. Please plan on joining no later than 1:25 p.m. to ensure the technology is working properly so that the Court can proceed on schedule. Remember, it is your responsibility to provide these links to any other individuals who will be participating on behalf of your client.

Topic: Motion Hearing - TLC v. GSTI et al
Time: Aug 3, 2021 01:30 PM Mountain Time (US and Canada)

Meeting ID: 160 6753 3485
Passcode: 756749
One tap mobile
+16692545252,,16067533485#,,,,*756749# US (San Jose)
+16692161590,,16067533485#,,,,*756749# US (San Jose)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 669 216 1590 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 551 285 1373 US
Meeting ID: 160 6753 3485
Passcode: 756749
Find your local number: https://www.zoomgov.com/u/af6slMWWV

Join by SIP
16067533485@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 6753 3485
Passcode: 756749

|  | Margaret Botkins |
|---|---|
|  | Clerk of Court |

Dated this 19th day of July, 2021.

|  | |
|---|---|
|  | Deputy Clerk |

TO:

Counsel of Record

Court Reporter