# United States of America
## United States Patent and Trademark Office

# TRIAL LAWYERS COLLEGE

**Reg. No. 4,197,908**  
**Registered Aug. 28, 2012**  
**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE TRIAL LAWYERS COLLEGE (WYOMING CORPORATION)  
P.O. BOX 1249  
LARAMIE, WY 82073

FOR: PROVIDING CONTINUING LEGAL EDUCATION SERVICES, NAMELY, CONDUCTING SEMINARS AND OTHER TRAINING PROGRAMS FOR LAWYERS AND JUDGES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-1-1994; IN COMMERCE 8-1-1994.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,596,366.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLLEGE", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-514,661, FILED 1-12-2012.

KIM MONINGHOFF, EXAMINING ATTORNEY



*David J. Kappos*  
Director of the United States Patent and Trademark Office

**EXHIBIT A**