# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,198,054**

**Registered Aug. 28, 2012**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE TRIAL LAWYERS COLLEGE (WYOMING CORPORATION)
P.O. BOX 1249
LARAMIE, WY 82073

FOR: PROVIDING CONTINUING LEGAL EDUCATION SERVICES, NAMELY, CONDUCTING SEMINARS AND OTHER TRAINING PROGRAMS FOR LAWYERS AND JUDGES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-1-1997; IN COMMERCE 1-1-1997.

THE MARK CONSISTS OF A STYLIZED DESIGN OF A CLOUD WITH A BOLT OF LIGHT-ING.

SER. NO. 85-517,685, FILED 1-17-2012.

KIM MONINGHOFF, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**EXHIBIT**

**B**