Exhibit D Manually Attached to Rec. Doc. 1 as Exhibit D

**EXHIBIT D**