**Gerry Spence via Gerry Spence's Trial Lawyers College**     Thu, Apr 30, 5:00 PM (3 days ago)
to Gerry Unsubscribe

Dear Tribe Members,

The old listserv is experiencing difficulties. Some members of the tribe are not receiving emails and some are unable to post to the listserv.

We don't know whether tribe members are being intentionally silenced or whether there are legitimate technical errors causing the problem.

To solve the problem, Gerry Spence has authorized a new listserv. Your e-mail has been added.

Feel free to use this listserv to communicate with the tribe. Just type gerry.spence.college@gaggle.email in the "To:" field of your email and your message will reach the entire tribe. Just reply to an email from the listserv, and your reply will be sent to the tribe.

If you don't want to participate, click the "unsubscribe" link at the bottom of any email from this listserv.

If you would prefer to receive only one email a day from this listserv, click the link that says "settings" and select "digest."

We look forward to hearing your voice. It is important that our tribe stays unified during these trying times.

Sincerely,
Gerry Spence's Trial Lawyers College

--

Sent via the gerry.spence.college@gaggle.email email group by gerry.spence.college+te1mj0rt_@gaggle.email - reply to sender

My Settings | Unsubscribe

Powered by Gaggle Mail - The No.1 Listserv Alternative

--

**EXHIBIT E**