YouTube Link: **https://www.youtube.com/watch?v=DwBPLFUht5s**



Case 1:20-cv-00080-JMC Document 238-6 Filed 10/26/21 Page 2 of 2



Gerry Spence's Trial Lawyers' College at Thunderhead Ranch April 30, 2020

2,520 views • May 1, 2020    40   2   SHARE   SAVE

Trial Warriors                SUBSCRIBE