From: Gerry Spence via Gerry Spence's Trial Lawyers College
<gerry.spence.college@gaggle.email>
Date: Wednesday, May 6, 2020
Subject: NEW BOARD ELECTED AT TODAY'S BOARD MEETING
To: Gerry Spence's Trial Lawyers College <gerry.spence.college@gaggle.email>

ELECTION RESULTS
The Trial Lawyers College held a board meeting this afternoon on Zoom. Ten board members
were in attendance, along with two non-board members, Maren Chaloupka and Dana Cole.

The majority of the board re-elected Gerry Spence, Rex Parris, Kent Spence, Imagine Spence,
Joey Low, and John Zelbst as the board members of The Trial Lawyers College by a 6 to 4 vote.
Other past members were not re-elected.

Rex Parris then moved to elect Gerry Spence as President and it was seconded but before a vote
could be taken John Sloan unilaterally terminated the zoom board meeting. The TLC board then
resumed the meeting and Gerry was elected President, John Zelbst, V.P., Joey Low Treasurer,
and Kent Spence Secretary.

HOUSEKEEPING MATTERS:

1. Based on group member requests, the gaggle settings have been updated to show the
   email addresses of individual group members. This will make it easier for members to
   reply in private to friends who post to the group.

1. The administrator name "Gerry Spence" was automatically appended to the group's
   administrator account when the group was originally created. This was an oversite. The
   gaggle settings have been changed to show all administrator generated emails as "From:
   Administrator." Apologies for any confusion this created and for any other technical
   errors as we adapt to this new system. The creation of this ListServ was approved by
   Gerry Spence and the current board of the Trial Lawyers College.

Sincerely,
Gerry Spence's Trial Lawyers College

--

Sent via the gerry.spence.college@gaggle.email email group by spencetlc@gmail.com - reply to
sender

My Settings | Unsubscribe

**Powered by Gaggle Mail** - The No.1 Listserv Alternative
--

EXHIBIT
G