**From:** Administrator via Gerry Spence's Trial Lawyers College <gerry.spence.college@gaggle.email>
**Date:** May 8, 2020 at 2:08:09 PM MDT
**To:** Gerry Spence's Trial Lawyers College <gerry.spence.college@gaggle.email>
**Subject: TLC Property Taken without Court's Permission**
**Reply-To:** Gerry Spence's Trial Lawyers College <gerry.spence.college@gaggle.email>

Property was recently taken from Thunderhead Ranch without authorization from the Court responsible for settling the current dispute. The TLC Board of Directors considers this property to be stolen, and will aggressively pursue all remedies possible against any individual in possession of the stolen property.

Sincerely,
Gerry Spence's Trial Lawyers College

https://www.youtube.com/watch?v=HDKLeKf-4ZE&pbjreload=10

--

Sent via the gerry.spence.college@gaggle.email email group by spencetlc@gmail.com - reply to sender

My Settings | Unsubscribe

**Powered by Gaggle Mail** - The No.1 Listserv Alternative
--

**EXHIBIT I**