**From:** "Joseph H. Low IV via Gerry Spence's Trial Warriors College" <gerry.spence.college@gaggle.email>
**Date:** June 8, 2020 at 9:51:24 PM MDT
**To:** Gerry Spence's Trial Warriors College <gerry.spence.college@gaggle.email>
**Subject: Alonso Walks the Walk**
**Reply-To:** Gerry Spence's Trial Warriors College <gerry.spence.college@gaggle.email>

Our brother Alonso is truly a gift to us all.

He single handedly organized one of the largest public defenders offices in the country and the Federal defenders office in San Diego to conduct their own protest rally. Despite Alonso only being in their office less than 3 years he is respected by his peers who have decades more experience because he has set the record for the most trials to verdict every year he has been there. He organized, lead and spoke at the protest today for the massive gathering of supporters/protestors.

Alonso has once again demonstrated the kind of commitment, sacrifice and leadership that are the qualities of character that is the hallmark of a real warrior. He first demonstrated his character as a US Marine where he fought for us folks in horribly violent war. He volunteered and risked his life for us in exchange for his right to become a citizen. He learned to speak English along the way. Despite being threatened by his superiors, Alonso staged the protest during the middle of the defenders' work day. To listen to his speech today, as a world class orator, made me so fucking proud to be a lawyer and a human.

Alonso is the quality of person that we are looking for. Those people who don't fight against what they hate as much as they fight for what they love. The kind who are out doing it and are risking their very security and safety

**EXHIBIT J**

to stand for something that elevates the human condition and humanity.

I am more than honored that Alonso, a real life no shit warrior, will continue to share his passion, his experience and his love for humanity as an instructor at Gerry's Ranch next summer. I hand picked Alonso when I first met him when he was an intern at the Ranch. He embodies everything we are looking for. Commitment, courage, love, respect and an tireless pursuit to be a Trial Lawyer trying cases.

Here is a clip of
Alonso on the news.  MOV_9966.3gp

Joseph H. Low IV

> On Jun 8, 2020, at 7:16 PM, Leo Finucane via Gerry Spence's Trial Warriors College <gerry.spence.college@gaggle.email> wrote:
>
> Powerful.
>
> Leo
>
> On Mon, Jun 8, 2020 at 7:57 PM Patty via Gerry Spence's Trial Lawyers Institute <gerry.spence.college@gaggle.email> wrote:
>> wonderful Alonzo - keep smiling !
>> pal
>>
>> On Monday, June 8, 2020 4:44pm, "John Joyce via Gerry Spence's Trial Lawyers Institute" <gerry.spence.college@gaggle.email> said:
>>
>>> One of our Warriors is on the frontlines of the battle for the future of our country.

Warriors like Alonso are why Gerry Spence's vision will not die.

Here he stands, risking his career and his physical safety, standing before a wall of white police officers, calling them out for their failure to take a stand against corruption and racism: https://youtu.be/LDdL_RndUR8

Leo G. Finucane

FINUCANE AND HARTZELL, LLP

6 North Main Street

Pittsford, NY  14534

Office:  585.586.0220

Fax:     585.586.5131

*This message and any associated files is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright, constitute a trade secret or is protected by attorney/client privilege. If you are not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If  you have received this message in error, please notify us immediately by replying to the message and deleting it from your computers. Messages sent to and from us may be monitored. This e-mail message is not intended to be binding or relied upon and, without limitation on the foregoing, shall not create, waive or modify any right, obligation or liability, or be construed to*

> *contain or be an electronic signature, to constitute a notice, approval, waiver or election, or to form, modify, amend or terminate any contract.*

--

Sent via the gerry.spence.college@gaggle.email email group by joseph@jhllaw.com - reply to sender

My Settings | Unsubscribe

--