**From:** Rex Parris <rrex@parris.com>
**Sent:** Saturday, July 11, 2020 3:46 PM
**To:** jsloan@sloanfirm.com; miltgrim@aol.com; jrclaryjr@gmail.com; dkc@uakron.edu; anne@annevalentine.com; Maren Chaloupka <mlc@chhsclaw.net>; JHLowIV@aol.com; zelbst@zelbst.com; jsloan@sloanfirm.com; jrclaryjr@gmail.com; anne@annevalentine.com; kent@kentspencelaw.com; Rex Parris <rrex@parris.com>
**Subject:** Special Board Meeting

Please see the attached notice of a special board meeting called by the President Gerry Spence.

<image002.jpg>

**EXHIBIT K**

## **We appreciate your referrals**

*As you know, schools, businesses, and public offices are closed and/or imposing other restrictions amid the outbreak of COVID-19 (Coronavirus).  Please be advised that PARRIS Law Firm is taking proactive measures to safeguard the health and safety of its employees, their families and our communities, by working remotely.  To ensure that all legal communications are promptly received by this office, we kindly request that you serve everything electronically or pursuant to our previous agreement that you should have received requesting Electronic Service Communication.  Your professionalism and anticipated cooperation are greatly appreciated.*

*To ensure that all legal communications are promptly received by this office, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery.  This does not constitute a waiver of the mail/facsimile-service requirements prescribed by California Code of Civil Procedure section 1005 or ==Federal Rule of Civil Procedure 5==, but requested solely as a precautionary measure during this rapidly evolving crisis.  We are happy to extend to you the same courtesy.  Your professionalism and anticipated cooperation are greatly appreciated.*

**CONFIDENTIAL COMMUNICATION**

E-mail, TXT, MMS, SMS messages from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this E-mail, TXT, MMS, SMS message in error, please do not read this E-mail, TXT, MMS, SMS message or any attached items. Please delete the E-mail, TXT, MMS, SMS message and all attachments, including any copies thereof, and inform the sender that you have deleted the E-mail, TXT, MMS, SMS message, all attachments and any copies thereof. Thank you.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

<Notice of Special Meeting July final.docx>

# NOTICE OF SPECIAL MEETING OF THE BOARD OF DIRECTORS OF THE TRIAL
# LAWYERS COLLEGE, a Wyoming Nonprofit Corporation

PLEASE TAKE NOTICE and be advised that, pursuant to the Bylaws of the Trial Lawyers College, Gerry Spence, as President of the Trial Lawyers College, hereby calls for a Special Meeting of the Board of Directors.

Pursuant to the Bylaws of the Trial Lawyers College, this Special Meeting will be held via Zoom at 4:00 p.m. Pacific Time, 5:00 p.m. Mountain Time, 6:00 a.m. Central Time, and 7:00 p.m. Eastern Time on Tuesday, July 14, 2020.

Link:   A link will be provided on a subsequent email.

As everyone knows, we are pressing ahead on our claim that we remain on the Board of TLC, and this is disputed by some board members.  Nonetheless, we are having a special board meeting.  The purpose of this Special Meeting is to discuss and vote upon the following agenda items and subjects:

Election of Directors.

1. Sylvia Torres-Guillen is nominated to be elected to the board to fill the seat previously held by John Sloan whose term has expired.

2. Lee "Jody" Amedee III is nominated to be elected to the board to fill the seat previously held by Dana Cole whose term has expired, and who has resigned from the board.

3. Hunter Thomas Hillin is nominated to be elected to the board to fill the seat previously held by Anne Valentine whose term has expired.

4. Hatham Faraj is nominated to be elected to the board to the board to fill the seat previously held by James Clary whose term has expired.

1

5. Adrian Baca is nominated to be elected to the board to fill the seat previously held by Milton Grimes whose term has expired.

Noticed by,

# R Rex Parris

R. Rex Parris on behalf of and at the direction of Gerry Spence
President, Trial Lawyers College

**DISTRIBUTION LIST**

| NAME | OFFICE | Via email only |
|---|---|---|
| John Sloan | Director, | jsloan@sloanfirm.com |
| Milton Grimes | Director, | miltgrim@aol.com |
| J.R. Clary | Director, | jrclaryjr@gmail.com |
| Dana Cole | Former Director, | dkc@uakron.edu |
| Anne Valentine | Director | anne@annevalentine.com |
| Maren Chaloupka | Disputed Director | mlc@chhsclaw.net |
| Kent Spence | Secretary/Director | kent@kentspencelaw.com |
| Rex Parris | Director | rrex@parris.com |
| Gerry Spence | President/Director | gls@gerryspence.com |
| Joseph Low | Treasurer/Director | JHLowIV@aol.com |
| John Zelbst | Director/Vice President | zelbst@zelbst.com |

**From:** R Rex Parris via Gerry Spence's Trial Institute <gerry.spence.trial.institute@gaggle.email>
**Sent:** Saturday, July 11, 2020 10:23:09 PM
**To:** Gerry Spence's Trial Institute <gerry.spence.trial.institute@gaggle.email>
**Subject:** [Gerry Spence's Trial Institute] Additions to the Board

As everyone knows, we are pressing ahead on our claim that we are the legitimate Board of TLC.  Everyone also knows that this is disputed by some board members who we refer to as the Sloan Group. Nonetheless, we are the majority of the lawfully elected board members. We are having a special board meeting to vote on the people selected by the nominating committee to join the board.  Any action taken will undoubtedly be subject to review by the Court in the pending litigation.  This will be the first time in 10 years that board members are elected pursuant to the bylaws.

Lee "Jody" Amedee III is nominated to be elected to the board to fill the seat previously held by Dana Cole.

Hunter Thomas Hillin is nominated to be elected to the board to fill the seat previously held by Anne Valentine.

Hatham Faraj is nominated to be elected to the board to the board to fill the seat previously held by

1

James Clary.

Adrian Baca is nominated to be elected to the board to fill the seat previously held by Milton Grimes.

Sylvia Torres-Guillen is nominated to be elected to the board to fill the seat previously held by John Sloan.

This will add five board members to the 5 members referred to as the Spence Group. They will replace the Sloan Group if the Court approves the election. They are all accomplished trial lawyers who have made significant contributions to TLC. I for one look forward to passing the reins to them. Please let them know that you will be supporting them in the difficult days ahead.

Stay safe, wear you mask and avoid crowds,

Rex

×

--

Sent via the gerry.spence.trial.institute@gaggle.email email group by
gerry.spence.trial.institute+ju3iggiv_@gaggle.email - reply to sender

My Settings | Unsubscribe
--