🔒 triallawyersuniversity.com



# Breaking Through to the Trial Lawyer in You

## Contact Us

✉ info@triallawyersuniversity.com
📞 (+1) 248-808 3130

 

| TLU On Demand | TLU LIVE Las Vegas October 27-30, 2021 | TLU Virtual Webinars | TLU Trial Skill Training |

  **TLU DTLA** | August 27th - 28th in **LA**

**EXHIBIT L**



**Filters**

| Category | Author | Draft Filter |
|---|---|---|
| All | All | All |

🔍 rex parris ✕



Rex Parris & Khail Parris - Proving Invisible Injuries, Doubling the Value of Your Case - 11/16/20



LIVE Case Analysis DTLA - Equihua v. Nash $120M Voir Dire - Rex Parris & Khail Parris - 08/28/21



LIVE Case Analysis DTLA - Equihua v. Nash $120M Direct Examination - Rex Parris & Khail Parris - 08/28/21



Roger Dodd, Rex Parris, and Khail Parris - Cross Examination of a Bariatric Expert and an Economist 12/02/20



Rex Parris - Closing Argument - Trucking - 05/01/20



Brian Panish & Rex Parris - Rebuttal - Trucking - 05/08/20



Rex Parris - Opening Statement - Trucking - 04/10/20



Alex Wheeler, Rex Parris and Dr. Anthony Reading - Proving a PTSD, Chronic Pain Syndrome, Anxiety and Depression at Trial - 10/14/20



Brian Panish & Rex Parris - Closing Argument - Trucking



Brian Panish & Rex Parris - Cross and Re-Direct



LIVE Case Analysis DTLA - Equihua v. Nash Closing Argument



Justin Kahn & Rex Parris - Trial Psychology



    tluondemand.com/search?search=rex%20parris  



Brian Panish & Rex Parris - Closing Argument - Trucking - 05/01/20



Brian Panish & Rex Parris - Cross and Re-Direct - Trucking 04/14/20



LIVE Case Analysis DTLA - Equihua v. Nash $120M Closing Argument - Rex Parris - 08/28/21



Justin Kahn & Rex Parris - Trial Psychology - 06/02/20



Brian Panish, Spencer Lucas, Roger Dodd & Rex Parris - Cross Examination of Orthopedist Clemente Jones (Part 1) - 05/29/20



Brian Panish, Rex Parris, Roger Dodd & Keith Mitnik - Cross Examination of Orthopedist Clemente Jones (Part 2) 06/19/2020



Rex Parris Joseph Low - Changing Minds - 07/29/20



Sean Claggett & Rex Parris - Voir Dire Mastery - 08/12/20



Rex Parris- Mastering the Psychology of Voir Dire - 9/08/20



Brian Panish, Spencer Lucas, Roger Dodd & Rex Parris - Cross Examination - Physiatrist Dr Bradshaw -06/05/20



Brian Panish - Opening Statement - Trucking 04/06/20



Khail Parris & Bruce Schechter - Defense Opening Statement - Trucking - 04/15/20

 Trial Lawyers University © 2021. All Rights Reserved.
Powered by The Casely Group.
 



← → C  🔒 tluondemand.com/search?search=joseph%20low                                    ⊕ ☆

**TRIAL LAWYERS UNIVERSITY**

HOME    TLU LIVE    CATALOG    SIGN IN

⇄ Filters                                                    🔍 joseph low    ✕

Category            Author            Draft Filter
All          ⌄      All          ⌄   All          ⌄

Rex Parris Joseph Low - Changing Minds -
07/29/20

Joseph Low - Opening Statement - Chicken Suit
Case - 05/14/20

Joseph Low - Mastering the Art of Jury Selection -
07/23/20

Joseph Low & Alaa Yasin- Spine School- Turning a
$150,000 Offer into a $3,300,000 Verdict 08/21/20







Joseph Low and Roger Dodd Cross-Examining the
Investigating Officer - 9/16/20

Daniel Rodriguez & Joseph Low - Trucking/TBI
Record $87,000,000 Verdict – 10/20/20

Tusant v. City of Hemet - A Dangerous Condition
Worth $25.6M Ryan Saba, Harry Plotkin, & Robert
Karwin 07/29/21



← → C  🔒 tluondemand.com/search?search=ambrose

🔍 ☆ 👤

**TRIAL LAWYERS UNIVERSITY**

HOME    TLU LIVE    CATALOG    SIGN IN

⚏ Filters

🔍 ambrose    ✕

Category          Author            Draft Filter
All        ▾      All        ▾      All        ▾

Daniel Ambrose - Voir Dire - Criminal Defense (Part 1) - 05/05/20

Daniel Ambrose - Voir Dire - Criminal Defense (Part 2) - 05/12/20

Daniel Ambrose - Cross Exam - Criminal Defense - 05/19/20

Justin Kahn & Dan Ambrose - 2020 Year in Review - 12/23/20


Daniel Ambrose - Witness Preparation - 04/09/20


Dan Ambrose - Prepping Your Plaintiff for Depo & Trial 8/28/20


Dan Ambrose - Nick Dubay Lying, Miranda, Ok to Lie - 10/31/20


Dan Ambrose- Orlando Dubay lying, Miranda Warnings, Interrogation Room- 10/31/20


Dan Ambrose- Dubay Story, Miranda, Deceive Reed - 10/31/20


Dan Ambrose- Cross of Investigation- 10/31/20


Dan Ambrose- Impartial - Lying Cross - 10/31/20


Dan Ambrose - Nick Not Guess, Evidence, Training, Neutral - 10/31/20





tluondemand.com/search?search=ambrose





Dan Ambrose - Not Guess, Evidence, Best Time to do Investigation - 10/31/20



Dan Ambrose- Nick, Convicting an Innocent Man VD - 10/31/20



Dan Ambrose - Convicting An Innocent Man VD - 10/31/20



Dan Ambrose - Orlando Reasonable Doubt VD - 10/31/20



Dan Ambrose - Reasonable Doubt VD - 10/31/20



Dan Ambrose - Nick Lying VD - 10/31/20



Dan Ambrose - Lying Voir Dire - 10/31/20



Dan Ambrose - Wally POI - 10/31/20



Dan Ambrose - Orlando POI- 10/31/20



Dan Ambrose - Nick POI - 10/31/20



Dan Ambrose - Nick's Opening - 10/31/20



Dan Ambrose - Dan's Opening Part 1 - 10/31/20



Dan Ambrose & Orlando De Castroverde - Mastering Presentation Skills - 11/10/20



Dan Ambrose (Justin Kahn, David Ball & Roger Dodd) - Apartment 4801 Practice Group - 12/14/20



Roger Dodd, Patricia Kuendig, Steve Hohman, and Olivia Espinosa - Words Matter – 03/10/21

