**From:** R Rex Parris via Gerry Spence's Trial Institute <gerry.spence.trial.institute@gaggle.email>
**Reply-To:** Gerry Spence's Trial Institute <gerry.spence.trial.institute@gaggle.email>
**Date:** Friday, July 24, 2020 at 10:52 AM
**To:** Gerry Spence's Trial Institute <gerry.spence.trial.institute@gaggle.email>
**Subject:** [Gerry Spence's Trial Institute] Joey Low's voir dire webinar

Yesterday, Joey Low crushed his voir dire presentation, really crushed it!  If you missed it, it and all past programs are available on TrialLawyersUniversity.com   (Gee!, I hope Dan Ambrose doesn't get sued by the Sloan Group for trademark infringement.)

×

--

Sent via the gerry.spence.trial.institute@gaggle.email email group by
gerry.spence.trial.institute+ju3iggiv_@gaggle.email - reply to sender

My Settings | Unsubscribe
--

**EXHIBIT M**