## STATE OF WYOMING ∗ SECRETARY OF STATE
## EDWARD A. BUCHANAN
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020

Phone 307-777-7311

Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| **Name** | **Gerry Spence Method at Thunderhead Ranch, Inc.** | | |
| **Filing ID** | 2021-000999201 | | |
| Type | Nonprofit Corporation | Status | Active |

### General Information

| | | | | |
|---|---|---|---|---|
| Old Name | | | Sub Status | Current |
| Fictitious Name | | | Standing - Tax | Good |
| | | | Standing - RA | Good |
| Sub Type | Public Benefit | | Standing - Other | Good |
| Formed in | Wyoming | | Filing Date | 04/22/2021 1:36 PM |
| Term of Duration | Perpetual | | Delayed Effective Date | |
| | | | Inactive Date | |

**Principal Address**  **Mailing Address**

125 S King Street
Suite 2A
Jackson, WY 83001-1045

PO Box 1045
Jackson, WY 83001-1045

**Registered Agent Address**

Company Agent, LLC
125 S King St Ste 2A
PO Box 1045
Jackson, WY 83001

### Parties

| Type | Name / Organization / Address |
|---|---|
| Incorporator | Company Agent, LLC PO Box 1045, 125 S King Street, Suite 2A, Jackson WY 83001-1045 |

### Notes

| Date | Recorded By | Note |
|---|---|---|

### Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|

**EXHIBIT O**

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| **Name** | **Gerry Spence Method at Thunderhead Ranch, Inc.** |
| **Filing ID** | **2021-000999201** |
| **Type** | Nonprofit Corporation |
| **Status** | Active |

## Amendment History

| ID | Description | Date |
|---|---|---|
| See Filing ID | Initial Filing | 04/22/2021 |