



**Terrence Jones**

Civil & Criminal Defense Attorney

**BIO**

Terrence didn't start his career doing the bidding of big private clients at a big law firm.  He started out serving the American people as a federal prosecutor and government litigator with the U.S. Attorney's Office.  So, as a lawyer, Terrence was "raised" differently than most.  It isn't the Department of *Winning* — it's the Department of *Justice*.  And that's how was he trained to handle cases from the moment he was sworn in:  to be fair, to be just, and to always do what's right — even if that meant admitting that the government was wrong.  That's the value system with which Terrence continues to practice law and live his everyday life.  At his core, he is helpful, driven by an abiding sense of right and wrong, and enjoys working in service of the greater good. Terrence is now the principal attorney at JONES LAW, the Law Office of Terrence Jones, and specializes in trial work, high-stakes civil litigation, and criminal defense.  Terrence has a keen interest in workplace discrimination and wrongful termination, civil rights and government wrongdoing, personal injury, and providing criminal defense to those who have been wrongfully accused.  Terrence graduated from Yale University, attended Loyola Law School, and is licensed to practice law in both California and New York.

**Other profiles**

EXHIBIT

P



**Daniel Rodriguez**

Attorney that tries personal injury cases such as truck crashes, excessive force, school sex abuse, product liability, TBI, wrongful death.



**Jim Fitzgerald**

Personal injury, Medical Malpractice, and Wrongful Death Attorney



**Jim Brown**

Personal Injury & Sex Abuse Trial Attorney



**Twila White**

Civil Rights Attorney for the people





### Chuck Richardson

Provide representation for personal injury ranging
from Medical Negligence, Nursing Home Abuse
and Neglect and Automobile and Trucking Wrecks.

### Tom Feher

Plaintiff trial lawyer representing people that have
been injured or wronged.



### Jim Buxton

Civil & Criminal Defense Attorney



### David Smith

Criminal Defense Attorney



### Andre Gauthier

Personal Injury Trial Attorney

Gerry Spence Method

868 E Fork Rd. Dubois, WY 82513

questions@gerryspencemethod.com

**Privacy Policy**

**Terms & Conditions**

**\*** *The Gerry Spence Method at Thunderhead Ranch is not affiliated with the Trial Lawyers College or any other entity that*

*provides trial training service to attorneys.*

© COPYRIGHT 2021. ALL RIGHTS RESERVED.