

# The Spence Method

is the life's work of legendary trial attorney, Gerry Spence. Through creative exploration, courage, and tireless devotion, he documented the method behind his trial process. The Spence Method is based on action and creativity. Implementing the Spence Method starts with you. Before you can understand and connect with the jury, you need to connect with yourself.

Before you can tell your client's story, you need to understand your story and its universal truth. The Spence Method initiates personal exploration through the use of psychodrama. We call this, "working on the horse." The directing skills of psychodrama (role reversal, doubling, chair back, soliloquy, empty chair, and magic mirror) are the crucial skills needed by the trial lawyer to bring their case to life.

The most effective way to accomplish this is through "scene setting." Gerry Spence was a pioneer in utilizing psychodrama directing skills to present a deeper story that connects emotionally with the jury. He believes that you have a power of your own, one that no one else can match.

A good story is based on a theme that represents the principal point of your case. This is the starting point. The one sentence theme also anchors your story. The Spence Method helps you identify a theme that summarizes a story that stands for the ultimate point you will convey to the jury.

Before you can tell a story of emotional truth, you need to select a jury that is receptive to your case. The Spence Method 'Voir Dire' is based on building a tribe, authenticity, learning to be in the moment, showing a piece of yourself and who you are, listening—truly listening, and sharing the "danger point" of your case.

Once a jury is picked, you come to the Opening Statement. Gerry Spence believes once you used the Method to build a tribe in jury selection and after your Opening statement, the case

EXHIBIT S

has been decided by the jury. The Spence Method 'Opening Statement' takes practice. Before we deliver our story to the jury, we must first visualize the scenes that we will present.

Who is the villain? What is the trust relationship? How was the trust relationship betrayed? What is the weakness of the case and how do we confront it? What is it that we want from the jury? Utilizing the Spence Method means the options for telling your story are vast. You learn to set scenes in the Opening that are compelling and far different than a bland recitation of facts.

The Spence Method 'Direct Examination' is grounded on directing a story in the present sense, such that the jury is transformed live into witnessing live action. The Spence Method 'Cross-examination method' is rooted in telling your story through a witness.

Cross-examinations are the method by which we tell our story to the jury through the adverse witness and, in the process, test the validity of the witness's story against our own

Closing argument is not a summation of facts, rather, this is your chance to "close the deal" based on everything you have done since the beginning the trial. If the attorney has been genuine, connected to the case, cared about it, cared about the client, laid it all down every day, day after day in the courtroom, then caring becomes contagious, so that the jury cares as well then, the attorney is ready and has earned the right to be heard, with the case already won. This is the Spence Method.



   

   

REGISTER NOW

Gerry Spence Method

1623 Central Avenue

Cheyenne, WY 82001

info@lawyerscollege.com

©COPYRIGHT 2021. ALL RIGHTS RESERVED.

Privacy Policy

Terms & Conditions

Follow Us

 



## LEARN THE METHOD

### Aug 15 - September 5th

REGISTER NOW

# Welcome to The Ranch

Before you can tell a story of emotional truth, you need to select a jury that is receptive to your case. The Spence Method 'Voir Dire' is based on building a tribe, authenticity, learning to be in the moment, showing a piece of yourself and who you are, listening—truly listening, and sharing the "danger point" of your case.

SIGN UP NOW



# Board of Directors



### Gerry Spence

Founder

READ MORE



### Joseph H. Low IV

Director and Chief Instructor

READ MORE



### John Zelbst

Board Member

READ MORE



### Jody

Board Member

READ MORE

Case 1:20-cv-00080-JMC     Document 238-19     Filed 10/26/21     Page 6 of 56



### Hunter Hillin

Board Member

READ MORE



### Sylvia Torres Guillén

Board Member

READ MORE



### Rex Parris

Board Member

READ MORE



### Adrian Baca

Board Member

READ MORE



**Haytham Faraj**

Board Member

READ MORE

# Gallery

Show More

**Gerry Spence Method**

1623 Central Avenue

Cheyenne, WY 82001

info@lawyerscollege.com

©COPYRIGHT 2021. ALL RIGHTS RESERVED.

**Privacy Policy**

**Terms & Conditions**

**Follow Us**

 



**Phone**

**777-777-7777**

**Email**

info@lawyerscollege.com

**Address**

1623 Central Avenue Cheyenne, WY 82001

## Name

First

Last

## Phone

## Email

## Message

**Submit**



Gerry Spence Method

1623 Central Avenue

Cheyenne, WY 82001

info@lawyerscollege.com

©COPYRIGHT 2021. ALL RIGHTS RESERVED.

Privacy Policy

Terms & Conditions

Follow Us



# Board of Directors



**Gerry Spence**

Founder

READ MORE



**Joseph H. Low IV**

Director and Chief Instructor

READ MORE



**John Zelbst**

Board Member

READ MORE



**Jody**

Board Member

READ MORE

READ MORE            READ MORE



### Hunter Hillin

Board Member

READ MORE



### Sylvia Torres Guillén

Board Member

READ MORE



### Rex Parris

Board Member

READ MORE



### Adrian Baca

Board Member

READ MORE



## Haytham Faraj

Board Member

READ MORE

Gerry Spence Method

1623 Central Avenue

Cheyenne, WY 82001

info@lawyerscollege.com

©COPYRIGHT 2021. ALL RIGHTS RESERVED.

Privacy Policy

Terms & Conditions

Follow Us







# Adrian Baca

**Position**

Board Member

## About

California Criminal Defense Attorney, Adrian Baca believes that the road to trial improvement is consistent practice and critical feedback. This applies to his work as a facilitator of the Spence Method. His philosophy as an instructor is "I can teach everything but desire." After thirty years of practice, his desire burns as bright as ever.

Adrian has extensive trial experience. This includes jury trials ranging from gang murders to federal white-collar crimes. He has obtained not-guilty jury verdicts for charges including murder, attempted murder, kidnapping, robbery, assault with a deadly weapon, rape, drug sales, domestic violence, assault with a deadly weapon, and battery. He also has civil trial experience, including a recent libel trial where he sued on behalf of a couple who were harassed on Facebook by false allegations. His clients were awarded compensatory and punitive damages.

Adrian graduated from Gerry Spences' trial school at Thunderhead Ranch, in 2012. He was added as a faculty member in 2015. He has taught trial skills to attorneys throughout the United States. He is one of the founding members of Southern California Warriors, a local working group of dedicated and accomplished trial lawyers that meet monthly to hone their trial skills.  He has headed this group since 2015. His first student went on to win Orange County and then Los Angeles County's Young Trial Attorney of the Year.

**Other profiles**



**Gerry Spence**

Founder

**Read More**



**Joseph H. Low IV**

Director and Chief Instructor

**Read More**



**John Zelbst**

Board Member

**Read More**



**Jody**

Board Member

**Read More**



**Hunter Hillin**

Board Member

**Read More**



**Sylvia Torres Guillén**

Board Member

**Read More**



**Rex Parris**

Board Member

**Read More**



**Haytham Faraj**

Board Member

**Read More**

Gerry Spence Method

1623 Central Avenue

Cheyenne, WY 82001

info@lawyerscollege.com

©COPYRIGHT 2021. ALL RIGHTS RESERVED.

Privacy Policy

Terms & Conditions

Follow Us







# Gerry Spence

**Position**

Founder

## About

Gerry Spence is legend among the trial bar as one of the greatest trial lawyers of our times. His civil practice and defense of those charged with crimes has gained him an international reputation for his high profile cases and record results for the poor, the injured and the damned. His trials have been the subject of books, movies and television. Gerry Spence takes pride in being a country lawyer.  Born, raised and educated in Wyoming, Spence graduated *cum laude* from the University of Wyoming Law School in 1952. The University awarded him an honorary Doctor of Laws degree in May 1990.  He has been honored for law and letters by the American Academy of Achievement.

He received the first Lifetime Achievement Award from the Consumer Attorneys of California.  In 2009 he was inducted into the American Trial Lawyers Hall of Fame.  In 2013 he received the Lifetime Achievement award presented by the  American Association for Justice. The award recognizes an AAJ member of at least 20 years standing whose courtroom advocacy has, during a distinguished career, significantly advanced the rights of the wrongfully injured; and who, by substantial service to AAJ and the trial bar, has significantly furthered the cause of justice and the mission of the Association.

Spence first gained national recognition when he received a $10,500,000 verdict against Kerr-McGee in the Karen Silkwood case on behalf of her children. Later he earned such verdicts as $26,535,000 against "Penthouse Magazine" for Miss Wyoming and successfully defended Ed Cantrell in the famous Rock Springs, Wyoming murder case. Spence received a $52,000,000

verdict against McDonald's Corporation, the fast-food chain, on behalf of a small, bankrupt, family-owned ice cream company for McDonald's breach of an oral contract. A Utah medical malpractice verdict of over $4,000,000 established a new standard for nursing care in that state.

In 1990 he won acquittal for Imelda Marcos on multiple charges after a three and one-half month trial in New York City. In 1992, he received a record-breaking $15,000,000 verdict for emotional damages incurred by his quadriplegic client because a major insurance company refused to pay the $50,000 policy more than twenty years earlier. Two weeks later he added $18,500,000 in punitive damages to the award. In 1993, Spence successfully defended Randy Weaver on murder, assault, conspiracy, and gun charges in the famous Idaho federal standoff case.

In 2008 at the age of 79 Spence defended Geoffrey Fieger in Michigan in a politically charged case brought by the Justice Department against Geoffrey Fieger for alleged violations of federal laws governing campaign contributions.  The ten count indictment also charged conspiracy and obstruction of justice.  The jury acquitted on all ten counts.

He has not lost a jury trial since 1969, and he has never lost a criminal case.

 Spence is the author of twenty-three published books:

- **Gunning for Justice**, (Doubleday 1982);
- **Of Murder and Madness**, (Doubleday 1983);
- **Trial by Fire**, (William Morrow 1986);
- **With Justice For None**, (Times books 1989, Penguin Books paperback 1990);
- **From Freedom to Slavery**, (St. Martin's Press 1993);
- **How to Argue and Win Every Time**, (St. Martin's Press 1995);
- **The Making of a Country Lawyer**, (St. Martin's Press 1996);
- **O. J.: The Last Word**, (St. Martin's Press 1997);
- **Give Me Liberty!** (St. Martin's Press October 1998);
- **A Boy's Summer**, (St. Martin's Press 2000);
- **Gerry Spence's Wyoming**, (St. Martin's Press 2000);
- **Half-Moon and Empty Stars**, his first novel, (Scribner 2001);
- **Seven Simple Steps to Personal Freedom**, (St. Martin's Press 2001);
- **The Smoking Gun,** (Scribner 2003);
- **Win Your Case**, (St. Martin's Press 2005);

- ***Bloodthirsty Bitches and Pious Pimps of Power,*** (St. Martin's Press 2006);
- ***The Lost Frontier,*** (Gibbs Smith 2013);
- ***Police State,*** (St. Martin's Press, 2015);
- ***A Small Pile of Feathers,*** (Sastrugi Press, 2017);
- ***So I Said,*** (Sastrugi Press, 2018);
- ***Court of Lies,*** (A Forge Book/MacmillanPublishing Group, 2019); and
- ***The Martyrdom of Collins Catch the Bear,*** (Seven Stories Press, 2020); and
- ***Blood on the Table,*** (Macmillan Publishing Group, 2021)

Spence is the founder and director of the nonprofit Trial Lawyers College where lawyers, young and old, learn the Spence method of trying cases on behalf of the people. His Trial Lawyers College also conducts a yearly death penalty seminar for public defenders and others defending against the death penalty, and Trial Lawyers College provides four weekly seminars around the country.

Spence is the founder of Lawyers and Advocates for Wyoming (L.A.W.), a nonprofit public interest law firm. Spence served as legal consultant for NBC television covering the O.J. Simpson trial and has hosted and appeared on Larry King Live and the Rivera Show numerous times and numerous other national television shows. Gerry Spence's life as a peoples' lawyer continues to this day. Gerry Spence is the founding member of The Spence Law Firm, LLC, and practices in Jackson Hole, Wyoming with his partners, Robert A. Krause, R. Daniel Fleck, G. Bryan Ulmer, III, Mel Orchard, Emily Rankin, Kristeen Hand, and Tyson Logan.

**The Spence Law Firm, LLC**
P.O. Box 548
15 South Jackson Street
Jackson, Wyoming 83001
**307-733-7290** | Fax  **307-733-5248**
**www.spencelawyers.com**
infointake@spencelawyers.com

**Other profiles**



**Joseph H. Low IV**

Director and Chief Instructor

**Read More**



**John Zelbst**

Board Member

**Read More**



**Jody**

Board Member

**Read More**



**Hunter Hillin**

Board Member

**Read More**

Case 1:20-cv-00080-JMC     Document 238-19     Filed 10/26/21     Page 25 of 56



**Sylvia Torres Guillén**

Board Member

**Read More**



**Rex Parris**

Board Member

**Read More**



**Adrian Baca**

Board Member

**Read More**



**Haytham Faraj**

Board Member

**Read More**

Gerry Spence Method

1623 Central Avenue

Case 1:20-cv-00080-JMC     Document 238-19     Filed 10/26/21     Page 26 of 56

Cheyenne, WY 82001

info@lawyerscollege.com

©COPYRIGHT 2021. ALL RIGHTS RESERVED.

Privacy Policy

Terms & Conditions

Follow Us







# Haytham Faraj

**Position**

Board Member

## About

Haytham Faraj is a trial lawyer with more than 80 jury trials. He has tried to verdict over 50 criminal jury trials and more than 25 civil jury trials. He has tried cases in federal, state and military courts. He is licensed in California, Illinois, Michigan, Iowa and DC and has tried cases in all of those locations.

Haytham began his legal career as a military lawyer, a judge advocate. His military legal career culminated 22 years of military service, 19 of which were in the combat arms.

Following retirement Haytham focused primarily on criminal defense work. He represented clients in high profile cases including an espionage case that alleged his client spied for Saddam Hussein's government and a military arms sale case that alleged his clients were attempting to illegally sell weapons to foreign organizations. Haytham won acquittals in both federal trials. Haytham also represented and acquitted the Marine Corps Staff Sergeant who was accused of masterminding the Haditha massacre in a war crimes case that gained worldwide attention, including a cover on Time magazine and a 60 Minutes show, and that led the government of Iraq to withdraw from the Statue of Forces Agreement (SOFA) which ultimately forced the U.S. to withdraw its forces from Iraq in 2011-2. The story of the Haditha murders and trial has been captured in the book Haytham authored titled "No Time For The Truth," in the documentary film "House 2" and the in the podcast "Murder in House 2."

In another war crimes case that gained national attention, Haytham represented a Marine accused of conspiracy and murder in the trial that came to be known as the Pendleton 8. Haytham won an acquittal for his client Trent Thomas based on a TBI and PTSD defense. The use of TBI as a defense in a murder trial was the first of its kind.

In 2014 Haytham transitioned his practice to represent clients in civil rights and injury cases. Since then he has tried more than 25 jury trials and obtained extraordinary verdicts including a 26 million in a TBI case, 5.7 million in an eye injury case, and most recently in late 2019, 13 million in a premises wrongful death case. Even though he transitioned to doing civil cases, Haytham continues to try high stakes criminal cases. His most recent federal criminal case was on behalf of a Wyoming healthcare provider who was accused of 26 counts of overprescribing opiates, including two death counts, in a federal indictment. Haytham maneuvered the case into a position where the U.S. Attorney was forced to drop all but one count. At sentencing, the AUSA asked for three years. Haytham's day long sentencing presentation sought to persuade the judge that supervised release is appropriate. The judge agreed.

Haytham attributes his successes in the courtroom to the skills developed by Gerry Spence and to the power of psychodrama. Haytham prioritizes time for his family and three kids. His free time is spent engaging in outdoor activities like cycling, running and hiking. His passions include issues of social justice and human right and ways to address both.

## Other profiles



**Gerry Spence**



**Joseph H. Low IV**

Founder                                                Director and Chief Instructor

**Read More**                                          **Read More**



**John Zelbst**

Board Member

**Read More**



**Jody**

Board Member

**Read More**



**Hunter Hillin**

Board Member

**Read More**



**Sylvia Torres Guillén**

Board Member

**Read More**

3/22/2021    Haytham Faraj - Gerry Spence Method



### Rex Parris

Board Member

**Read More**



### Adrian Baca

Board Member

**Read More**

Gerry Spence Method

1623 Central Avenue

Cheyenne, WY 82001

info@lawyerscollege.com

©COPYRIGHT 2021. ALL RIGHTS RESERVED.

Privacy Policy

Terms & Conditions

Follow Us

 





# Hunter Hillin

**Position**

Board Member

## About

Hunter Hillin is a graduate of the Trial Lawyers College (2003) and the graduate psychodrama program (2005). He started his career in 1986 as a prosecutor in Dallas where he quickly amassed substantial trial experience. He continued his career as a plaintiff trial lawyer in Corpus Christi, Texas with Guy Allison taking on Toyota, Eli Lilly and other multi-national corporations on behalf of his clients. He returned to Dallas where he spent the next decade trying numerous cases to verdict as an associate, then partner in several large firms.

Twenty years ago, after his own child was injured due to medical and hospital malpractice, Hunter decided to dedicate himself exclusively to representing families after catastrophic birth and neonatal injuries to their children due to medical neglect. He has secured numerous multimillion dollar settlements and verdicts on his clients' behalf including record verdicts in several states across the country. Hunter's office is filled with pictures, sometimes graduation pictures, of the children who have been given their best chance to thrive due to resources he secured for their future.

Hunter was nominated to Super Lawyers in 2020. Hunter serves as chair and co-chair on two committees of the Birth Trauma Litigation Group, a section of the American Association for Justice (formerly ATLA).  Hunter is an invited lecturer at various professional events and is a recurring lecturer for the pre-law/pre-med program at the University of Texas at Dallas and the forensics studies program at the University of Texas in Austin.

Hunter was born and raised in Dallas, Texas, but he has called various places home over the years and has an extensive network of friends and colleagues across the country. He lives with Amy, his wife of 25 years, in Austin, Texas and has four grown children, Jessica, Cody, Chris and Greyson.

## Other profiles



**Gerry Spence**

Founder

**Read More**



**Joseph H. Low IV**

Director and Chief Instructor

**Read More**



**John Zelbst**



**Jody**

Board Member

**Read More**

Board Member

**Read More**



### Sylvia Torres Guillén

Board Member

**Read More**



### Rex Parris

Board Member

**Read More**



### Adrian Baca

Board Member

**Read More**



### Haytham Faraj

Board Member

**Read More**

Case 1:20-cv-00080-JMC     Document 238-19     Filed 10/26/21     Page 34 of 56

## Gerry Spence Method

1623 Central Avenue

Cheyenne, WY 82001

info@lawyerscollege.com

©COPYRIGHT 2021. ALL RIGHTS RESERVED.

Privacy Policy

Terms & Conditions

## Follow Us

 





# John Zelbst

**Position**

Board Member

## About

John Zelbst is a nationally known and recognized trial lawyer.  He has, with assistance of local counsel, tried cases all over America.  Mr. Zelbst's legal career has focused solely on representing people who have been injured, wronged, falsely accused, and mistreated.  He tries cases in both State and Federal jurisdictions.

His association with the Gerry Spence method at the Thunderhead Ranch began in 1999 as a student.  Mr. Zelbst was elected as his class representative and has served as a faculty member for 20 years and as a board member of the Thunderhead Ranch for more than 16 years.  Mr. Zelbst currently serves as the President.   In addition, Mr. Zelbst is in high demand to present and teach at trial seminars all across the nation.

John Zelbst home office is located in Lawton, Oklahoma, and he is licensed to practice before the Supreme Court of the United States; the Court of Federal Claims; the 5th and 10th Circuit Courts; Federal Courts for the Western, Eastern and Northern Districts of Oklahoma; the Eastern and Western Districts of Arkansas; the Northern, Eastern and Western Districts of Texas; District of Colorado and Eastern District of Missouri.  He has also been admitted Pro Hac Vice in many State jurisdictions.

Mr. Zelbst has been selected as a Top Attorney in Oklahoma, Top 100 Trial Lawyers by the American Trial Lawyers Association, Top 100 Trial Lawyer by the National Trial Lawyers, Best Lawyers in America, America Most Honored Lawyers, Best Law Firms by U.S. News & World

Case 1:20-cv-00080-JMC    Document 238-19    Filed 10/26/21    Page 36 of 56

reports. He has been honored with Appreciation Awards by Oklahoma Bar Association Young Lawyers Division and the Courageous Advocacy Award by the Oklahoma Bar Association.

Mr. Zelbst is a member and in good standing with the Oklahoma and National Criminal Defense Associations as well as the Oklahoma Association for Justice and the American Association for Justice.

John has been referred to as a "gun slinger from the old west fighting in an alley that time has all but forgotten. Today's court rooms are sterile and dead. More like mausoleums and morgues. John brings life, thunder and justice back into the quiet cold rooms".

John is a real trial lawyer who has received hundreds of verdicts both civil and criminal and holds many county, state, and federal verdict records.

John is also very civil and community minded. He cares deeply about his community. He serves on the Board of Trustees of the Comanche County Memorial Hospital, Lawton, Oklahoma; he is also a member of the Oklahoma Cattlemen's Association; a voluntary firefighter for the Meers Volunteer Fire Department; he is currently serving his second 8 year term as a Commissioner with Oklahoma Wildlife Commission; and he is a distinguished alumni of his College, Cameron University, where he also played college football.

Mr. Zelbst has been honored by Gerry Spence repeatedly by publicly stating that if "I ever get into trouble I would hire John Zelbst to be my lawyer".

**Other profiles**



**Gerry Spence**

Founder

**Read More**



**Joseph H. Low IV**

Director and Chief Instructor

**Read More**



Jody

Board Member

**Read More**



**Hunter Hillin**

Board Member

**Read More**



### Sylvia Torres Guillén

Board Member

**Read More**



### Rex Parris

Board Member

**Read More**



### Adrian Baca

Board Member

**Read More**



### Haytham Faraj

Board Member

**Read More**

Gerry Spence Method

1623 Central Avenue

Cheyenne, WY 82001

info@lawyerscollege.com

©COPYRIGHT 2021. ALL RIGHTS RESERVED.

Privacy Policy

Terms & Conditions

Follow Us







# Joseph H. Low IV

**Position**

Director and Chief Instructor

## About

After teaching at Gerry Spence Trial Lawyers College for more than 20 years, assuming the role of director and chief instructor is a momentous honor. I owe it all to Mr. Spence, who not only took me under his wing but also entrusted me with his techniques, ideas and methods. I promised Mr. Spence I would pass along his ideals and teachings and always train lawyers to accept the challenge of fighting for the rights of ordinary people, the concept that informs everything Mr. Spence worked so hard to create.

After graduating from TLC in 1998, I determined that my professional life would embody the term "best lawyer" based on the application of Mr. Spence's doctrines. So far, that mindset and approach delivered successful results, transitioning first from military defense to the civil plaintiff representation I do now. That ideology and its application catapulted me into the company of the country's elite jury-selection lawyers and turned me into a passionate advocate for above-reproach ethical standards, particularly when publicity surrounding a case might conflict with lawyers' duties to their clients. All tenets I learned at TLC, which include character, unparalleled skill and a heart to seek justice for the powerless and to defend the rights of ordinary people.

I'll ensure Spence's philosophy continues: Tell the truth, the whole truth – even when it hurts, and endeavor to bring the truth into the courtroom. I'll also rely on lessons I learned in the U.S Marine Corps, mainly listening and understanding the people who rely on me — now my clients who trust me to tell their stories.

In my current professional role, I am head trial attorney at Arash Law in Los Angeles. I've represented plaintiffs in high-profile, high-dollar personal injury litigation, particularly where the victims suffer severely disabling injuries, including TBI and PTSD. In 2020, three of my wins were included on California's 2019 Top 100 Verdicts list, including the record-setting $70.5 million Cuevas v. Rai, the highest personal injury verdict in Kern County history, the No. 1 California vehicle injury verdict in 2019, No. 5 verdict overall in the state, and No. 35 nationally. I was included on the Los Angeles Daily Journal's 2020 Top Plaintiff Lawyer list and was a finalist for the CAALA's 2020 Trial Lawyer of the Year. One of my proudest moments was winning a quintessential 6th Amendment U.S Supreme Court case  U.S. v. Gonzalez-Lopez.

I have received several national awards for my excellence in the courtroom, including the American Board of Trial Attorneys and Order of the Barristers. In addition, I am a recipient of the Lewis F. Powell, Jr. Medallion for Excellence in Trial Advocacy from the American College of Trial Lawyers. I am a member of the prestigious Association of Trial Lawyers of America, American Civil Liberties Union, and the National Association of Criminal Defense Lawyers. I am often called upon to speak at law lectures around the country, and more recently, become a legal analyst and commentator on legal and national media outlets.

## Other profiles



**Gerry Spence**

Founder

**Read More**



**John Zelbst**

Board Member

**Read More**



### Jody

Board Member

**Read More**



### Hunter Hillin

Board Member

**Read More**



### Sylvia Torres Guillén

Board Member

**Read More**



### Rex Parris

Board Member

**Read More**



### Adrian Baca

Board Member

**Read More**



### Haytham Faraj

Board Member

**Read More**

## Gerry Spence Method

1623 Central Avenue

Cheyenne, WY 82001

info@lawyerscollege.com

©COPYRIGHT 2021. ALL RIGHTS RESERVED.

Privacy Policy

Terms & Conditions

## Follow Us

 





# Rex Parris

**Position**

Board Member

## About

Pursuing a career that helps others has always been R. Rex Parris' first choice, and for good reason. Growing up, Rex's father lost his leg in a motorcycle accident. He witnessed firsthand what happens to a family when the pillar of the household is severely injured through no fault of their own. This tragic event inspired Rex to pursue a life that helps people overcome the physical and financial burdens that result of someone else's negligence.

Rex never had it easy growing up. His father left at a young age and his mother worked as a waitress to support him and his three brothers. They often had to collect welfare to make ends meet. Rex dropped out of high school and got a job as a busboy, but shortly after started using drugs and nearly ended up in jail. When he realized he had to make a change, he went back to school and turned his life around.

In 1977, Rex received a Bachelor of Arts degree in Law & Society from the University of California Santa Barbara, where he was a member of the prestigious UCSB Scholars' Program.  He earned his Juris Doctor in 1980 from Southwestern School of Law in Los Angeles, he is a member of the California Bar since 1980 and is a member of several federal and appellate courts and multiple trial attorney associations.

In 1985, Rex and his wife Carrol founded PARRIS Law Firm; a personal injury law firm that has helped thousands of families recover from life-altering accidents. PARRIS Law Firm also helps aggrieved workers who have been wronged by their employers, and those affected by

Case 1:20-cv-00080-JMC     Document 238-19     Filed 10/26/21     Page 45 of 56

environmental catastrophes. Rex handles a wide variety of other cases, ranging from class actions to products liability and business torts.

Rex has tried many jury trials in courts throughout the country and has recovered more than $1.4 Billion in verdicts and settlements for his clients. Soon after becoming an attorney he made history by obtaining the first million-dollar verdict in Kern County. In 2009, Rex was lead counsel in a historic defamation jury verdict of $370 million against George Marciano, the founding designer of Guess jeans. Rex takes on the world's most powerful companies, and he consistently wins.

Rex recently went into back-to-back trials and totaled a combined $94 million for his clients in a matter of just 94 days. During both of these cases, Rex worked tirelessly for years demanding justice for his clients. He and his team obtained $52,708,374 for two brothers and $41,634,170 for a young mentally disabled man whose life will never be the same because of someone else's actions. Although these clients' lives will never be whole again, Rex never stopped fighting to improve their well-being. The strength and courage he showed during these trials allowed the jurors to hear and feel the real stories of the people behind the lawsuits.

Another one of Rex's most notable cases involves the largest gas well blowout in U.S. history. Rex, along with thousands of residents of Porter Ranch, are still demanding answers almost three years after a massive gas well blowout was discovered near their

## Other profiles





**Gerry Spence**

Founder

**Read More**

**Joseph H. Low IV**

Director and Chief Instructor

**Read More**



**John Zelbst**

Board Member

**Read More**



**Jody**

Board Member

**Read More**



**Hunter Hillin**

Board Member

**Read More**



**Sylvia Torres Guillén**

Board Member

**Read More**

Case 1:20-cv-00080-JMC    Document 238-19    Filed 10/26/21    Page 47 of 56



### Adrian Baca

Board Member

**Read More**



### Haytham Faraj

Board Member

**Read More**

Gerry Spence Method

1623 Central Avenue
Cheyenne, WY 82001

info@lawyerscollege.com

©COPYRIGHT 2021. ALL RIGHTS RESERVED.

Privacy Policy
Terms & Conditions

Follow Us

 





# Sylvia Torres Guillén

**Position**

Board Member

## About

Sylvia is a fearless and tenacious trial lawyer, deeply rooted in civil rights and social, racial, environmental, and economic justice. For decades, Sylvia has fought for the most oppressed and underserved, litigating against the toughest odds and winning. Harvard University and UC Berkeley Law educated and a reputation as a force for justice, Sylvia has achieved exceptional results in federal, state, criminal, and civil cases and over forty federal trials.

Sylvia's scope of work at Parris Law Firm includes class actions, mass government torts, qui tam (whistleblowers), environment, employment, and personal injury.

Sylvia was the ACLU's Director of Education Equity and successfully sued the Los Angeles Unified School District (LAUSD) and Riverside County, and she was lead supervising trial counsel in a class-action lawsuit prevailing against the United States' Immigration, Customs, and Enforcement (ICE). She obtained a $171 million settlement for LAUSD's highest need students. She also obtained $7,000,000 for Riverside County Community Based Organizations to provide important resources and opportunities for youth as well as achieving an historic change giving youth important legal rights.

Appointed twice by Governor Jerry Brown, Sylvia served as his Special Counsel and as the state's first Latina General Counsel to run the state Agricultural Labor Relations Board. As its chief prosecutor, she revitalized the agency, boldly litigated against the worst and largest offenders of unfair labor practices and sought justice for California's 800,000 farmworkers. As

the agency head, Sylvia led the team and provided the highest level of service to ensure agricultural workers received fair and just treatment and the best representation.

Prior to her appointment to the ALRB, for nearly two decades, Sylvia demonstrated her litigation, investigation, and negotiation prowess as a deputy federal public defender in the Central District of California. Sylvia tried approximately 40 federal cases and represented thousands of indigent clients. She successfully tried several high-profile cases, including the first federal prosecution of an internet hate crime case in the country.

Her commitment to public service and community extends beyond the courtroom. She has led as President of the Latina Lawyers Bar Association, Vice-President of the Mexican American Bar Foundation, and co-chair of the Hispanic National Bar Association's Commission on the Status of Latinas in the Legal Profession. She was an appointed member of the State Bar of California's Council on Access and Fairness.

Passionate about teaching and mentoring, she has taught at the Gerry Spence Trial Lawyers College, Loyola Law School, the Dominican Republic, Venezuela, and Peru.

In 2018, Sylvia received the California Lawyer Attorney of the year ("CLAY") award by the California Daily Journal. She also received the Latina Lawyers Bar Association Luminarias Award in 2017. In 2015, Sylvia was named the State Bar of California's Ronald M. George Public Lawyer of the Year. She was selected as honoree for the oral history project, "Groundbreaking Personal Stories of Los Angeles Lawyers and Judges" by the Los Angeles Law Library in 2015. She received the President's Award by the Ventura County Mexican American Bar Association Education Foundation in 2014, the Mexican American Bar Association's Benito Juarez Attorney of the Year Award in 2012, and the California Rural Legal Assistance, Inc. Community Leadership Award in 2011. She was among the California Daily Journal's Top Women Lawyers in 2012.

Sylvia was born and raised in Boyle Heights to Mexican immigrant parents. She earned the first college degree in her family, graduating from Harvard University with an A.B. in Government. After Harvard, she worked at the Center for Law in the Public Interest in Los Angeles. In 1992, she graduated from the University of California, Berkeley, School of Law. While in law school, she worked at the Berkeley Community Law Center, the Contra Costa County Public Defender's Office, and Morrison & Foerster, LLP.

**Other profiles**



**Gerry Spence**

Founder

**Read More**



**Joseph H. Low IV**

Director and Chief Instructor

**Read More**



**John Zelbst**

Board Member

**Read More**



**Jody**

Board Member

**Read More**



### Hunter Hillin

Board Member

**Read More**



### Rex Parris

Board Member

**Read More**



### Adrian Baca

Board Member

**Read More**



### Haytham Faraj

Board Member

**Read More**

Gerry Spence Method

1623 Central Avenue

Cheyenne, WY 82001

info@lawyerscollege.com

©COPYRIGHT 2021. ALL RIGHTS RESERVED.

Privacy Policy

Terms & Conditions

Follow Us





# Gallery




























3/22/2021

Gallery - Gerry Spence Method





















Case 1:20-cv-00080-JMC     Document 238-19     Filed 10/26/21     Page 56 of 56







## Gerry Spence Method

1623 Central Avenue

Cheyenne, WY 82001

info@lawyerscollege.com

©COPYRIGHT 2021. ALL RIGHTS RESERVED.

Privacy Policy

Terms & Conditions

## Follow Us

