From: **Elizabeth Ousley** <eousley@tmslawplc.com>
Date: Fri, Aug 27, 2021 at 9:53 AM
Subject: Re: Medical Records CLE
To: Nancy Shore <nancy@triallawyerscollege.org>

```
┌─────────────┐
│  EXHIBIT    │
│             │
│    T        │
└─────────────┘
```

Well, that makes it difficult to find. It's posted twice though? Odd. But thank you for your help and hope you have a wonderful weekend.



Best,

Elizabeth

**From:** Nancy Shore <nancy@triallawyerscollege.org>
**Date:** Friday, August 27, 2021 at 11:38 AM
**To:** Elizabeth Ousley <eousley@tmslawplc.com>
**Subject:** Re: Medical Records CLE

That's not our program - we aren't holding any programs in Wyoming this year. Someone made a mistake. Plus, the town is "Dubois".

Thanks for checking.


*Nancy Shore, Registrar*

nancy@triallawyerscollege.org

Trial Lawyers College

1623 Central Avenue

Cheyenne, WY 82001

307-432-4042

On Fri, Aug 27, 2021 at 9:33 AM Elizabeth Ousley <eousley@tmslawplc.com> wrote:

> Sorry, one more thing, can you confirm this CLE is being put on my Trial Lawyers College? And if so, what the title is if I wanted to locate it?

**From:** Nancy Shore <nancy@triallawyerscollege.org>
**Date:** Friday, August 27, 2021 at 11:32 AM
**To:** Elizabeth Ousley <eousley@tmslawplc.com>
**Subject:** Re: Medical Records CLE

Agreed! I am getting all sorts of ads for irrelevant items.

And sometimes LinkedIn seems worse than the others. Looks like they do mean to hold it in person - thanks for the info.

Hope you find the course you need.

have a great weekend!

**Nancy Shore, Registrar**

nancy@triallawyerscollege.org

Trial Lawyers College

1623 Central Avenue

Cheyenne, WY 82001

307-432-4042

On Fri, Aug 27, 2021 at 9:29 AM Elizabeth Ousley <eousley@tmslawplc.com> wrote:

Well, I saw it on LinkedIn, which I (personally) think has the same issues. This week, my ad's have been directed at sparkling water? Like insane ads just about sparkling water. Next week, it'll be bottled water I bet.

I ended up finding it- it's apparently in Bubois, Wyoming? I guess it isn't virtual then?



Heading to Bubois Wyoming to speak at Trial Lawyers College! What an amazing opportunity to speak to some of the best Trial Lawyers in the nation and be among those who teach and pass on the years of experience and success. Thank you Trusted Legal Partners for arranging this great opportunity. Humbled and Honored.

**From:** Nancy Shore <nancy@triallawyerscollege.org>
**Date:** Friday, August 27, 2021 at 11:17 AM
**To:** Elizabeth Ousley <eousley@tmslawplc.com>
**Subject:** Re: Medical Records CLE

I do not recognize that name - so it must be another CLE program. I hope you find it - I know what it's like to try and find a post I saw previously, those darned FB algorithms keep switching things on me!

**Nancy Shore, Registrar**

nancy@triallawyerscollege.org

Trial Lawyers College

1623 Central Avenue

Cheyenne, WY 82001

307-432-4042

On Fri, Aug 27, 2021 at 5:54 AM Elizabeth Ousley <eousley@tmslawplc.com> wrote:

It was of a potential speaker, Andrew Garrett, or so I thought. Is he scheduled for any upcoming CLE's/presentations? If so, I'd like to sign up.

Thanks,

Elizabeth

**From:** Nancy Shore <nancy@triallawyerscollege.org>
**Date:** Thursday, August 26, 2021 at 5:07 PM
**To:** Elizabeth Ousley <eousley@tmslawplc.com>
**Subject:** Re: Medical Records CLE

Hello Elizabeth -

we don't offer a specific course on medical records, but if you can provide a link or screenshot of what you saw, I can try and help you sort that out.

Thanks,

Nancy

*Nancy Shore, Registrar*

nancy@triallawyerscollege.org

Trial Lawyers College

1623 Central Avenue

Cheyenne, WY 82001

307-432-4042

On Thu, Aug 26, 2021 at 10:57 AM Elizabeth Ousley <eousley@tmslawplc.com> wrote:

Hello,

I am wondering if Trial Lawyers College is having a presentation/CLE on medical records? Either altered/interpreting/using at trial/ any topic on medical records. I saw a post that one was scheduled, but cannot seem to locate on your website to sign up. Thank you.

Best,

Elizabeth Ousley