| | |
|---|---|
| Contact Information: | Applying for: September 2021 |
| | (office)            (cell) |
| Demographics: | Age: 55    Gender: Male   Race: White    TLC Region |
| Law Practice: | Attorney-at-Law    Website: |
| | Year Started Law Practice: 1998   Type of Practice: Civil |
| | Are you currently licensed to practice law in good standing in the US? Yes<br>If not, please explain why you are interested in taking this course? |
| | Do you currently represent clients?  Yes<br>If not, what do you hope to accomplish at this course? |
| | What types of case(s) do you generally try: Unfortunately, I don't generally try cases - trials are few and far between - however I am determined to change that. |
| | # of jury trials as lead counsel: 4<br># of jury trials as lead counsel that reached a verdict: 4<br># of jury trials as co-counsel in which you conducted direct/cross: 0 |
| New Section on Administrative Hearings | # administrative hearings as lead: 100<br>What is the primary nature of admin hearings: Social Security disability cases.<br>At your hearings do you present witnesses: |
| Application: | Have you previously applied to TLC? If yes, in what years? No prior application. |
| | Have you attended other TLC courses?  No.   If so, which one(s)? December, 2020 - a four-hour weekend workshop with Gerry Spence in attendance, |
| | Criminal conviction: Transferring Beer to a Minor when I was 19 years old, however I was pardoned. |
| | Do you have any issues that would prevent you from participating in psychodrama? No |
| Reference #1: | |
| Reference #2: | |
| Reference #3: | **EXHIBIT U** |
| Essay: | THE HORSE IS READY<br><br>The horse is ready . . .  to work on the horse.   Yes, I received my valuable saddle, but mine was not Ivy League "" just a state law school.    Getting that far was a real accomplishment coming from a working- class family.   We do have some college graduates, but I was the first to go that far. |

|  | Applying for: September 2021 |
|---|---|
|  | That should be enough, right?<br><br>No, it's not enough.<br><br>Why should I have to settle?   Why can't I take it as far as I can?   Why can't I push the envelope instead of just pushing paper?  I have now been practicing over 20 years, and I am ready to take law to the next level.   I have done a couple of jury trials and some bench trials.   The jury trials were enough to scare me back into the office, but no longer.<br><br>One high-court civil jury trial was on a case where a trucking company claimed they were being overcharged, however I did not know enough to secure the documents needed to prove the case.    A defense verdict.   Another small claims civil jury trial involved my client consuming a bad sandwich from a vending machine, however I didn't know enough about products liability (food cases) to secure the proof I needed to prevail in the case.   Another defense verdict.   I did prevail, at least in part, on a small claims civil jury trial case about someone cutting trees outside a designated area, however the damages award was not sufficient.   I also prevailed on a high court criminal jury trial for breach of trust against a contractor.   I was particularly proud of this one because the judge was clearly working against me the whole time.  I'm not going to detail all of the mostly uneventful bench trials and default damages hearings.   As you can clearly see, my trials have not been of the same caliber as high-level jury trials, however I am determined to change that.<br><br>I believe I was destined to attend the Trial Lawyers College.   I recently talked to my wife about why I want to attend, and upon some reflection and discussion, I reached the conclusion that being a great trial lawyer for the people is truly my destiny.   I have not yet accomplished this in my career, and I not only want to learn why, but I want to change the current course of my destiny.<br><br>I did have a recent confirmation regarding my destiny that I'd like to share.   In early December, 2020, I attended a four-hour trial workshop with Gerry Spence in attendance.   In my small group, I was fairly quiet until my name was called, and I opened up.   I was asked to "try my hand" at voir dire.    I was reluctant at first, however I went forward, and I was pleasantly surprised when I was told that I performed extremely well.   I was told, for the first time in my life, that I have an awesome voice.   It was also surprising to the moderator of the group that I was a first-time attendee.    I realized that I must have some raw talent.    Raw talent stays raw and limited unless it is put into action and developed into skill.<br><br>Many years ago, I was involved in music as a hobby and was in a couple of bands.    I had to work at music, but there are those who are blessed with raw talent.    One local guy came over to my house while we were practicing, and he had to borrow someone else's guitar just to come and practice with us, but man, was he talented.    He never really developed the skill even though he had the raw talent.    The combination of both is what makes rock stars (in music, law and other areas).<br><br>Yes, fear has been a factor, but there are other factors.   I work hard - no question, but sometimes it's just easier to settle a case instead of taking the hard road of trying it, but no more.   It's just like my highly success-driven brother used to tell me, "Everybody wants to go to heaven, but nobody wants to die."<br><br>Part of the problem, I believe, has involved a type of fear of success.    I think because my brother was so successful, I had to find a way to "do my own thing", and I almost resented success and being applauded for success.    It was like I would get so far, and I just couldn't take it over the finish line. I not only want (very much) to attend the Trial Lawyers College, but I need to attend it.    I have to overcome these obstacles that I have placed in my way, and I believe this is the place to do it.<br><br>I have a good amount of courage, and I can very much be a risk-taker, so I think the base materials are there.  I know we're going to work on the horse at the Trial Lawyers College, and I want you to know that the horse is thirsty.   And the horse is hungry even though he eats well ""  he is hungry for more - something that food doesn't offer.   The horse is ready. |