| | | Applying for: September 2021 |
|---|---|---|
| Contact Information: | | |
| | (office) | (cell) |
| Demographics: | Age: 28   Gender: Male   Race: White   TLC Region | |
| Law Practice: | | Website: |
| | Year Started Law Practice: 2020   Type of Practice: Civil | |
| | Are you currently licensed to practice law in good standing in the US? Yes<br>If not, please explain why you are interested in taking this course? | |
| | Do you currently represent clients?  Yes<br>If not, what do you hope to accomplish at this course? | |
| | What types of case(s) do you generally try: Car collisions, premise liability, mva, med mal | |
| | # of jury trials as lead counsel: 1<br># of jury trials as lead counsel that reached a verdict: 1<br># of jury trials as co-counsel in which you conducted direct/cross: 1 | |
| New Section on Administrative Hearings | # administrative hearings as lead: 0<br>What is the primary nature of admin hearings: none<br>At your hearings do you present witnesses: na | |
| Application: | Have you previously applied to TLC? If yes, in what years? never applied | |
| | Have you attended other TLC courses?  No.   If so, which one(s)? none. I havent attended a TLC before. | |
| | Criminal conviction: No | |
| | Do you have any issues that would prevent you from participating in psychodrama? No | |
| Reference #1: | | |
| Reference #2: | | |
| Reference #3: | | |
| Essay: | I want to fight for people like my father,                              and Gerry Spence have their entire lives. I want to represent the "little guy" to the best of my abilities for decades to come.  And carry the torch that was initially carried by men like          and Gerry. I have immense respect for Gerry Spence as he and my father conducted several seminars together in the 1980s at                                                       .          has always told me that the only trial lawyer he thought was ever better than he was Gerry Spence. I want to learn from Gerry and introduce myself as 2022 is not a guarantee. I have tried one jury trial in my young career (I am 27 years old). After being admitted for 5 weeks I was thrownnn into the arena against                                                                 . In this trial, I delivered he opening statement and final argument on damages and obtained a 20.3M damage verdict for our clients who deserved every penny. I represented | |

EXHIBIT V

|  | Applying for: September 2021 |
|---|---|
|  | who was shocked at thousands of volts of electricity on _____ where they failed to warn of the dangers associated with jackhammering directly above a live 4,000 line of electricity. _____ critiqued my opening statement and final argument on damages and was there to guide me every step of the way. I consider _____ family. I also recently attended Gary Dordicks trial college in Cabo San Lucas, and developed a connection with Joey Low. I have tremendous respect for Joey and learned a lot from him during this seminar. Joey implored me to submit my application for review. I want to continue learning and growing. My greatest loss in life was tearing my ACL twice in high school (Sophmore and Junior season) as all my college scholarships were stripped from me and I had to walk on to the Unvierisity of Miami. In my first year for the canes, I preserved and found my way on the playing field and lettered as a Yes freshman for the canes. |