Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-Mail:  pmurphy@wpdn.net

Christopher K. Ralston (Admitted *Pro Hac Vice*)
Lindsay Calhoun (Admitted *Pro Hac Vice*)
James Gilbert (Admitted *Pro Hac Vice*)
Matthew R. Slaughter (Admitted *Pro Hac Vice*)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-584-9358
Facsimile: 504-568-9130
Email:   chris.ralston@phelps.com
         lindsay.calhoun@phelps.com
         james.gilbert@phelps.com
         matthew.slaughter@phelps.com

Attorneys for The Trial Lawyers College, John Sloan,
Milton Grimes, Maren Chaloupka, James R. Clary, Jr.,
Dana Cole, and Anne Valentine

PD.35785430.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation<br><br>Plaintiff,<br><br>v.<br><br>GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE and DANIEL AMBROSE, individuals, and GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC., a nonprofit corporation<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-0080<br>_____<br><br>JUDGE CARSON<br><br>MAGISTRATE JUDGE CARMAN |

## TLC'S MOTION FOR COSTS, EXPENSES, AND ATTORNEYS' FEES INCURRED AS A RESULT OF BETH KUSHNER'S UNREASONABLE AND VEXATIOUS <u>MULTIPLICATION OF THESE PROCEEDINGS</u>

Plaintiff, The Trial Lawyers College ("TLC"), respectfully requests that this Court grant its motion for costs, expenses, and attorneys' fees incurred as a result of Beth Kushner's unreasonable and vexatious multiplication of these proceedings. For the reasons set forth the accompanying Memorandum in Support, TLC respectfully requests that in accordance with 28 U.S.C. § 1927, the Court order Ms. Kushner to pay TLC its costs, expenses, and attorneys' fees. Specifically, TLC requests that the Court award it attorneys' fees and costs incurred related to the issuance of the third-party subpoena requests, the attempts to confer with the third-party subpoena recipients, the motions to compel the third-party subpoena responses, the deciphering of the corrupted Amedee production, the repeated briefing of privilege issues, the belated assertion of the

attorney-client privilege, and the litigation concerning the third-party subpoena issued to Ms. Kushner.

                Respectfully submitted,

**THE TRIAL LAWYERS COLLEGE**

*/s/ Christopher K. Ralston*
Christopher K. Ralston, (La. Bar #26706)
(Admitted *pro hac vice*)
Lindsay Calhoun, (La. Bar #35070)
(Admitted *pro hac vice*)
James Gilbert (La. Bar #36468)
(Admitted *pro hac vice*)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  ralstonc@phelps.com
       lindsay.calhoun@phelps.com
       james.gilbert@phelps.com

and

By: /s/ Patrick J. Murphy
Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:  (307) 265-0700
Facsimile:  (307) 266-2306
E-mail:  pmurphy@wpdn.net
       zmason@wpdn.net

**ATTORNEYS FOR PLAINTIFF THE TRIAL LAWYERS COLLEGE AND THIRD PARTY DEFENDANTS JOHN SLOAN, MILTON GRIMES, MAREN CHALOUPKA, JAMES R. CLARY, JR., DANA COLE, AND ANNE VALENTINE**

## CERTIFICATE OF SERVICE AND CONFERRAL

I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all parties on November 5, 2021. I further certify that on November 3, 2021, counsel for TLC conferred with counsel for Ms. Kushner, regarding the relief sought in this Motion, and was advised that Ms. Kushner opposes this Motion.

/s/ *Christopher K. Ralston*
Christopher K. Ralston