Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-Mail: pmurphy@wpdn.net

Christopher K. Ralston (Admitted Pro Hac Vice)
Lindsay Calhoun (Admitted Pro Hac Vice)
James Gilbert (Admitted Pro Hac Vice)
Matthew Slaughter (Admitted Pro Hac Vice)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-584-9358
Facsimile: 504-568-9130
Email:   chris.ralston@phelps.com
         lindsay.calhoun@phelps.com
         james.gilbert@phelps.com
         matthew.slaughter@phelps.com

Attorneys for Plaintiff and Counterclaim Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, ) <br> a nonprofit corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GERRY SPENCES TRIAL ) <br> LAWYERS COLLEGE AT ) <br> THUNDERHEAD RANCH, a ) <br> nonprofit corporation, *et. al.*, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 1:20-cv-0080 <br> _____ <br> **JUDGE CARSON** <br> **MAGISTRATE JUDGE CARMAN** |

**MOTION TO DISMISS COUNTERCLAIMS AND THIRD PARTY CLAIMS**

PLAINTIFF The Trial Lawyers College, ("Plaintiff" or "TLC"), and Third Party Defendants John Sloan, Milton Grimes, Maren Chaloupka, James R. Clary, Jr., Dana Cole, and Anne Valentine (the "Board Members") respectfully request that, pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, this Court dismiss the Counterclaims and Third Party Claims asserted against them by Defendants Gerry Spence and Rex Parris ("Defendants"). *See* R. Doc. 263. As more fully set forth in the Memorandum in Support, Defendants have failed to establish a prima facie case for exercise of personal jurisdiction over the Board Members, as they have not pled any specific acts of the non-resident Board Members directed at the forum state. Both the fiduciary shield doctrine and the no-imputed-contacts rule bar use of any acts the individual board members performed on behalf of TLC in the forum state to establish jurisdictional contacts. Accordingly, the third party claims should be dismissed pursuant to Rule 12(b)(2).

Additionally, Spence's claims in Counts 1-3 arising out of TLC and the Board Members' alleged use of his name and likeness are not cognizable under the Lanham Act or Wyoming state law and should be dismissed pursuant to Rule 12(b)(6). Further, Defendants' attempt in Count 4 to reframe the board dispute between them and the Board Members as a Lanham Act claim—a dispute already decided against Defendants by the Wyoming state court—fails legally and likewise should be dismissed by the Court under Rule 12(b)(6). Finally, this Court lacks subject matter jurisdiction to hear Spence and Parris's Counterclaims because they have entirely failed to allege how they have suffered any individual injury or harm, and thus, they lack standing to assert their claims pursuant to Rule 12(b)(1). In light of the Court's lack of subject matter and personal jurisdiction, as well as Defendants' failure to adequately plead their various purported causes of

1

action, the Court should dismiss all Counterclaims and Third Party Claims with prejudice.

Respectfully submitted,

**THE TRIAL LAWYERS COLLEGE**

*/s/ Christopher K. Ralston*
Christopher K. Ralston, (La. Bar #26706)
(Admitted *pro hac vice*)
Lindsay Calhoun, (La. Bar #35070)
(Admitted *pro hac vice*)
James Gilbert, (La. Bar # 36468)
(Admitted *pro hac vice*)
Matthew Slaughter, (La. Bar #37308)
(Admitted *pro hac vice*)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  ralstonc@phelps.com
           lindsay.calhoun@phelps.com
           james.gilbert@phelps.com
           matthew.slaughter@phelps.com

and

By: /s/ Patrick J. Murphy
Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-mail: pmurphy@wpdn.net
           zmason@wpdn.net

**ATTORNEYS FOR PLAINTIFF THE TRIAL LAWYERS COLLEGE AND THIRD PARTY DEFENDANTS JOHN SLOAN, MILTON GRIMES, MAREN CHALOUPKA, JAMES R. CLARY, JR., DANA COLE, AND ANNE VALENTINE**

## **CERTIFICATE OF SERVICE**

    I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all counsel of record this 7th day of December, 2021.

/s/ *Christopher K. Ralston*_____
Christopher K. Ralston
