UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

February 18, 2022

Margaret Botkins  
United States District Court for the District of Wyoming  
Office of the Clerk  
111 South Wolcott  
Casper, WY 82602-0000

**RE:**   20-8038, Trial Lawyers College v. Gerry Spences Trial Lawyers, et al  
Dist/Ag docket: 1:20-CV-00080-JMC

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's January 27, 2022 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc:   Lindsay Calhoun  
      Bradley T. Cave  
      Timothy P. Getzoff  
      James H. Gilbert  
      Patrick J. Murphy  
      Jeffrey Scott Pope  
      Christopher K. Ralston

CMW/at