IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE,<br><br>    Plaintiff,<br><br>vs.<br><br>GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH et al,<br><br>    Defendants. | Case No. 20-CV-000080-JMC<br>USCA Case No: 20-8038 |

### ORDER ON MANDATE

The above entitled matter having been appealed to the United States Court of Appeals for the Tenth Circuit and the appellate court having reversed and remanded the District Court's [46] Memorandum Opinion and Order on 06/16/2020, this case is reversed and remanded for further proceedings as to removal of the sculptures from the ranch.

Dated this \_\_\_\_\_ day of February, 2022.

_____
Joel M. Carson III
United States Circuit Judge