IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE, and DANIEL AMBROSE, individuals, and GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC., a nonprofit corporation,<br><br>Defendants,<br><br>GERALD L. SPENCE and REX PARRIS,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>THE TRIAL LAWYERS COLLEGE, a nonprofit corporation, JOHN SLOAN, JAMES R. CLERY, JR., MILTON GRIMES, DANA COLE, MAREN CHALOUPKA, and ANNE VALENTINE,<br><br>Counterclaim and Third-Party Defendants. | Case Number: 1:20-CV-00080-JMC-GJF |

**ORDER RESETTING MOTIONS HEARING**

Pursuant to counsels' telephonic representations on March 15, 2022,[1] that serious and

---

[1] The Court notes that Mr. Slaughter, Mr. Getzoff, and Mr. Wagner participated in the call.

2

unforeseen medical issues have significantly impacted one or more of the participants' ability to attend the March 22, 2022, motions hearing [ECF 314], the Court hereby **RESETS** this hearing for **April 5, 2022, at 9:00 a.m. MDT**.[2]

    SO ORDERED.

                                                    _____
                                                    THE HONORABLE GREGORY J. FOURATT
                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] The Court's Order Setting Motions Hearing [ECF 314], including the March 16, 2022, deadline and the Zoom access information, otherwise remains unchanged.