Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-Mail: pmurphy@wpdn.net

Christopher K. Ralston (Admitted *Pro Hac Vice*)
Lindsay Calhoun (Admitted *Pro Hac Vice*)
James Gilbert (Admitted *Pro Hac Vice*)
Matthew R. Slaughter (Admitted *Pro Hac Vice*)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-584-9358
Facsimile: 504-568-9130
Email:   chris.ralston@phelps.com
         lindsay.calhoun@phelps.com
         james.gilbert@phelps.com
         matthew.slaughter@phelps.com

Attorneys for The Trial Lawyers College

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | | |
|---|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 1:20-cv-0080 |
| v. | ) ) | **JUDGE CARSON** |
| GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, *et al.* | ) ) ) ) | **MAGISTRATE JUDGE FOURATT** |
| Defendants. | ) ) | |

## PLAINTIFF'S MOTION TO SET ATTORNEYS' FEES AND COSTS ASSOCIATED WITH DEFENDANT JOHN JOYCE AND COUNSEL NINA HODJAT'S SANCTIONABLE AND CONTEMPTUOUS CONDUCT

Plaintiff The Trial Lawyers College ("Plaintiff" or "TLC") respectfully submits this Motion to Set Attorneys' Fees and Costs Associated with Defendant John Joyce and Counsel Nina Hodjat's Sanctionable and Contemptuous Conduct, as contemplated in the Court's Order Denying Defendant Joyce's Motions for Reconsideration, Granting Plaintiff's Motion for Sanctions and Contempt (the "Order") (Rec. Doc. 327, p. 12). Plaintiff emphasizes that the attached Exhibit to Mr. Christopher K. Ralston's Affidavit represents a reduced total of the fees and costs Plaintiff actually incurred from Defendant Joyce and Ms. Hodjat's contemptuous and sanctionable conduct.

Plaintiff submits the attached Affidavit, which Plaintiff's counsel has reduced from its actual total, such that it represents the reasonable fees and costs incurred as a result of Plaintiff, drafting, filing, and appearing for pleadings associated with Defendant Joyce and Hodjat's contemptuous and sanctionable conduct. Plaintiff respectfully requests that the Court enter an Order requiring Defendant John Joyce and Ms. Hodjat to pay $43,155.00 in fees and costs.

Respectfully submitted,

**THE TRIAL LAWYERS COLLEGE**

*/s/ Christopher K. Ralston*
Christopher K. Ralston, (La. Bar #26706)
(Admitted *pro hac vice*)
Lindsay Calhoun, (La. Bar #35070) (Admitted *pro hac vice*)
James Gilbert, (La. Bar # 36468) (Admitted *pro hac vice*)
Matthew R. Slaughter, (La. Bar #37308) (Admitted *pro hac vice*)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130

      Email: ralstonc@phelps.com
            lindsay.calhoun@phelps.com
            james.gilbert@phelps.com
            matthew.slaughter@phelps.com

and

By: */s/ Patrick J. Murphy*
Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-mail: pmurphy@wpdn.net
        zmason@wpdn.net

**ATTORNEYS FOR PLAINTIFF THE TRIAL LAWYERS COLLEGE**

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all parties on April 12, 2022.

                                                */s/ Christopher K. Ralston*