IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

_____

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br><br>                              Plaintiff,<br><br>vs.<br><br>GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE, and DANIEL AMBROSE, individuals, and GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC., a nonprofit corporation,<br><br>                              Defendants,<br><br>GERALD L. SPENCE and REX PARRIS,<br><br>                              Counterclaim Plaintiffs,<br><br>vs.<br><br>THE TRIAL LAWYERS COLLEGE, a nonprofit corporation, JOHN SLOAN, JAMES R. CLERY, JR., MILTON GRIMES, DANA COLE, MAREN CHALOUPKA, and ANNE VALENTINE,<br><br>       Counterclaim and Third-Party Defendants. | Case Number: 1:20-CV-00080-JMC-GJF |

**ORDER TO PRODUCE DISCOVERY**

For the reasons set forth on the record during the Court's telephonic discovery hearing on April 18, 2022, *see* ECF 344 (clerk's minutes), **IT IS ORDERED** that F-Warriors shall, **no later**

**than April 25, 2022**, either (1) enter into a stipulation with TLC and Spence Defendants that F-Warriors' list of TLC alumni is identical to the list produced by TLC or (2) produce, subject to the Court's protective order [ECF 91], F-Warriors' most recent version of the TLC alumni list.

**IT IS FURTHER ORDERED** that F-Warriors shall (1) as soon as possible, begin producing (on a rolling basis) all documents requested by Spence Defendants in ¶ 3 of its subpoena to F-Warriors (i.e., "[a]ll communication between [F-Warriors] and TLC related to or discussing any of the Spence Defendants from April 13, 2020 to the present") and (2) finish producing all such documents **no later than May 9, 2022**.

**IT IS FINALLY ORDERED** that F-Warriors' disclosures shall include the unredacted versions of the six emails that F-Warriors Board President Emily Thomas submitted to the Court for *in camera* review. Any such disclosures shall be treated in accordance with the protective order [ECF 91] filed in September 2020.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE