Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-Mail: pmurphy@wpdn.net

Christopher K. Ralston (Admitted *Pro Hac Vice*)
Lindsay Calhoun (Admitted *Pro Hac Vice*)
James Gilbert (Admitted *Pro Hac Vice*)
Matthew R. Slaughter (Admitted *Pro Hac Vice*)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-584-9358
Facsimile: 504-568-9130
Email:   chris.ralston@phelps.com
         lindsay.calhoun@phelps.com
         james.gilbert@phelps.com
         matthew.slaughter@phelps.com

Attorneys for The Trial Lawyers College

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | | |
|---|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation | ) ) ) | |
| | ) | CIVIL ACTION NO. 1:20-cv-0080 |
| Plaintiff, | ) ) | |
| v. | ) ) | _____ |
| | ) | JUDGE CARSON |
| GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, *et al*. | ) ) ) | MAGISTRATE JUDGE FOURATT |
| | ) | |
| Defendants. | ) ) ) ) ) ) ) ) | |

## **JOINT STIPULATION**

**NOW INTO COURT** comes Plaintiff the Trial Lawyers College ("Plaintiff" or "TLC"), Third-Party Subpoena Recipients F-Warriors and the Spence Defendants, through undersigned counsel and pursuant to the Court's April 19, 2022 Order (Rec. Doc. 345), do hereby stipulate and agree that:

TLC and F-Warriors have compared the TLC alumni lists in their respective possessions, which TLC is alleging to be a trade secret, and represent that they are effectively the same.

Based on this representation, the Spence Defendants agree that the F Warriors have satisfied their obligations with respect to production of the TLC alumni list to the Spence Defendants. *See* Rec. Doc. 345.

Respectfully submitted,

**THE TRIAL LAWYERS COLLEGE**

*/s/ Christopher K. Ralston*
Christopher K. Ralston, (La. Bar # 26706)
(Admitted *pro hac vice*)
Lindsay Calhoun, (La. Bar # 35070)
(Admitted *pro hac vice*)
James Gilbert, (La. Bar # 36468)
(Admitted *pro hac vice*)
Matthew R. Slaughter, (La. Bar # 37308)
(Admitted *pro hac vice*)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
           lindsay.calhoun@phelps.com
           james.gilbert@phelps.com
           matthew.slaughter@phelps.com

and

Patrick J. Murphy, WSB No. 5-1779

          Zara S. Mason, WSB No. 7-6267
          WILLIAMS, PORTER, DAY & NEVILLE, P.C.
          159 North Wolcott, Suite 400
          P.O. Box 10700
          Casper, WY 82602-3902
          Telephone: (307) 265-0700
          Facsimile: (307) 266-2306
          E-mail: pmurphy@wpdn.net
                 zmason@wpdn.net

**ATTORNEYS FOR PLAINTIFF THE TRIAL LAWYERS COLLEGE**

Respectfully submitted,

*/s/ Timothy P. Getzoff*

Timothy Getzoff (admitted *pro hac vice*)
HOLLAND & HART LLP
1800 Broadway, Suite 300 Boulder, CO 80302
Telephone: 303.473.2700
E-mail: tgetzoff@hollandhart.com

**ATTORNEYS FOR SPENCE DEFENDANTS**

Respectfully submitted,

*/s/ Emily Thomas*

Emily Benight Thomas
President, F-Warriors Alumni Board
Fort Collins, Colorado
Telephone: 307-690-0894
E-mail: ethomasjd@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all parties on April 27, 2022.

*/s/ Christopher K. Ralston*

3

PD.37358046.2