Jeffrey S. Pope (Wyo. State Bar # 7-4859)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
jspope@hollandhart.com

Timothy Getzoff (admitted *pro hac vice*)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: 303.473.2700
tgetzoff@hollandhart.com

Beth J. Kushner (admitted *pro hac vice*)
von BRIESEN & ROPER, s.c.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI  53202
Telephone:  414.287.1373
bkushner@vonbriesen.com

James E. Fitzgerald
FITZGERALD LAW OFFICES
2108 Warren Avenue
Cheyenne, WY  82001
Telephone:  307.635.2391
jim@fitzgeraldlaw.com
ATTORNEYS FOR DEFENDANTS GERRY SPENCE TRIAL INSTITUTE, GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE AND GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC.

Steven Velkei (admitted pro hac vice)
VEKJEI LAW P.A.
1801 Century Park East, Suite 2500
Los Angeles, CA 90067
Telephone: 310.596.3312
svelkei@velkeilaw.com
ATTORNEY FOR R. REX PARRIS

Norman A. Pattis (admitted *pro hac vice*)
Pattis & Smith, LLC
383 Orange St.
New Haven, CT 06511
203.393.3017 (phone)
npattis@pattisandsmith.com
ATTORNEY FOR R. REX PARRIS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE,<br><br>    Plaintiff.<br><br>vs.<br><br>GERRY SPENCE TRIAL INSTITUTE, a nonprofit corporation and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE, and DANIEL AMBROSE, individuals AND GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC.,<br><br>    Defendants,<br><br>GERALD L. SPENCE and REX PARRIS,<br><br>    Counterclaim Plaintiffs<br><br>vs.<br><br>THE TRIAL LAWYERS COLLEGE,<br><br>    Counterclaim Defendant. | Civil Action No. 1:20-CV-00080-JMC |

**NOTICE OF WITHDRAWAL OF NORMAN A. PATTIS**

Please take notice that Norman A. Pattis of Pattis & Smith, LLC hereby withdraws as counsel of record for Defendant Rex Parris pursuant to Rule 84.3(c), U.S.D.C.L.R.

1. I appeared on behalf of Mr. Parris to litigate issues related to the recommended contempt order issued earlier in this case. Thereafter, I took several depositions of several of the plaintiffs' representatives.

2. Defendant Rex Parris consents to this withdrawal and wishes to continue his representation in this matter with Steven Velkei, who has already appeared on behalf of Defendant Rex Parris in this case.

3. The requested withdrawal shall cause no prejudice to any party.

WHEREFORE, Withdrawing Counsel respectfully request the Court remove his name as counsel of record for Defendant Rex Parris.

DATED:  April 28, 2022.

*/s/ Norman A. Pattis*

Norman A. Pattis (admitted *pro hac vice*)
Pattis & Smith, LLC
383 Orange St.
New Haven, CT 06511
203.393.3017 (phone)
npattis@pattisandsmith.com

ATTORNEY FOR R. REX PARRIS

Steven Velkei (admitted pro hac vice)
VEKJEI LAW P.A.
1801 Century Park East, Suite 2500
Los Angeles, CA 90067
Telephone: 310.596.3312
svelkei@velkeilaw.com

ATTORNEY FOR R. REX PARRIS

Jeffrey S. Pope (Wyo. State Bar # 7-4859)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
jspope@hollandhart.com

Timothy Getzoff (admitted *pro hac vice*)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: 303.473.2700
tgetzoff@hollandhart.com

Beth J. Kushner (admitted *pro hac vice*)
von BRIESEN & ROPER, s.c.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI  53202
Telephone:  414-287-1373
bkushner@vonbriesen.com

James E. Fitzgerald
FITZGERALD LAW OFFICES
2108 Warren Avenue
Cheyenne, WY  82001
Telephone:  307.635.2391
jim@fitzgeraldlaw.com

ATTORNEYS FOR DEFENDANTS
GERRY SPENCE'S TRIAL LAWYERS
COLLEGE AT THUNDERHEAD RANCH,
GERALD L. SPENCE, JOHN ZELBST, REX
PARRIS, JOSEPH H. LOW, KENT SPENCE
AND GERRY SPENCE METHOD AT
THUNDERHEAD RANCH, INC.

18787810_v1