Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-Mail: pmurphy@wpdn.net

Christopher K. Ralston (Admitted *Pro Hac Vice*)
Lindsay Calhoun (Admitted *Pro Hac Vice*)
James Gilbert (Admitted *Pro Hac Vice*)
Matthew R. Slaughter (Admitted *Pro Hac Vice*)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-584-9358
Facsimile: 504-568-9130
Email:   chris.ralston@phelps.com
         lindsay.calhoun@phelps.com
         james.gilbert@phelps.com
         matthew.slaughter@phelps.com

Attorneys for The Trial Lawyers College, John Sloan,
Milton Grimes, Maren Chaloupka, James R. Clary, Jr.,
Dana Cole, and Anne Valentine

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | | |
|---|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 1:20-cv-0080 _____ |
| v. | ) ) | JUDGE CARSON |
| GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, *et al.* | ) ) ) ) | MAGISTRATE JUDGE FOURATT |
| Defendants. | ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS FILED BY JOHN JOYCE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff/Counterclaim Defendant the Trial Lawyers College ("Plaintiff" or "TLC") and who respectfully move the Court for a two week extension of time to respond to the Counterclaims filed by Defendant John Joyce (Rec. Doc. 341). Pursuant to Federal Rule of Civil Procedure 15(a)(3), responsive pleadings are currently due on May 2, 2022. TLC requests a two week extension of time to file responsive pleadings, through and including May 17, 2022. John Joyce does not oppose this requested extension of time.

Respectfully submitted,

**THE TRIAL LAWYERS COLLEGE**

*/s/ Christopher K. Ralston*
Christopher K. Ralston, (La. Bar #26706)
(Admitted *pro hac vice*)
Lindsay Calhoun, (La. Bar #35070) (Admitted *pro hac vice*)
James Gilbert, (La. Bar # 36468) (Admitted *pro hac vice*)
Matthew R. Slaughter, (La. Bar # 37308) (Admitted *pro hac vice*)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: ralstonc@phelps.com
   lindsay.calhoun@phelps.com
   james.gilbert@phelps.com
   matthew.slaughter@phelps.com

and

Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.

- 2 -

                                      159 North Wolcott, Suite 400
                                      P.O. Box 10700
                                      Casper, WY 82602-3902
                                      Telephone: (307) 265-0700
                                      Facsimile: (307) 266-2306
                                      E-mail:pmurphy@wpdn.net
                                              zmason@wpdn.net

                              **ATTORNEYS FOR PLAINTIFF THE TRIAL LAWYERS COLLEGE**

## CERTIFICATE OF SERVICE AND CONFERRAL

      I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all parties. I further certify that my office conferred with counsel for John Joyce, on April 28, 2022, and he indicated that Mr. Joyce does not oppose this Motion.

                                /s/ *Christopher K. Ralston*
                                Christopher K. Ralston