IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation, <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, and DANIEL AMBROSE, individuals, and GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC., a nonprofit corporation, <br><br> Defendants, <br><br> and JOHN JOYCE, <br><br> Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff, <br><br> vs. <br><br> F WARRIORS, <br><br> Third-Party Defendant. | Case Number: 1:20-CV-00080-JMC-GJF |

**ORDER DENYING WITHOUT PREJUDICE TLC'S MOTION
FOR LEAVE TO FILE AMENDED LISTING OF OTHER WITNESSES**

THIS MATTER is before the Court on Plaintiff's (TLC's) Motion for Leave to File Amended Listing of Other Witnesses. ECF 375. Because this Motion does not indicate whether TLC "conferred and made reasonable good faith efforts to resolve the dispute with, or obtain the

consent of, opposing counsel prior to filing the [M]otion," the Motion will be "summarily denied for failure to certify conferral."  Local Rules of the United States District Court for the District of Wyoming (Jan. 2022) ("Local Rule") 7.1(b)(1)(A) (requiring "[t]he moving party [to] state in the [non-dispositive] motion the specific efforts to comply with this rule and the position of the opposing party").  Given the modest relief sought in the motion and given that TLC provided notice of its intent to seek this relief more than two weeks ago, it may well be that all defendants will consent to this motion.  But the Local Rules require TLC to make that inquiry of its fellow litigants and advise the Court of the results.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE