IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation, <br><br>      Plaintiff and Counterclaim Defendant, <br><br>vs. <br><br> GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, and DANIEL AMBROSE, individuals, and GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC., a nonprofit corporation, <br><br>      Defendants, <br><br>and JOHN JOYCE, <br><br>      Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff, <br><br>vs. <br><br>F WARRIORS, <br><br>      Third-Party Defendant. | Case Number: 1:20-CV-00080-JMC-GJF |

**ORDER GRANTING TLC'S MOTION FOR LEAVE
TO FILE AMENDED LISTING OF OTHER WITNESSES**

THIS MATTER is before the Court on Plaintiff's (TLC's) Motion for Leave to File Amended Listing of Other Witnesses, which was filed on June 23, 2022. ECF 378. The Motion represents that, aside from Defendant Joyce's counsel, "counsel for all Defendants … have no

opposition to TLC's Amended Listing of Other Witnesses." Mot. 2. Although Defendant Joyce's counsel "sent counsel for TLC correspondence on June 23, 2022 indicating that Defendant Joyce objected to TLC's Listing of Other Witnesses," *id.*, Defendant Joyce has failed to "file a written response containing a short, concise statement of the arguments and authorities in opposition to the motion." Local Rule of the United States District Court for the District of Wyoming 7.1(b)(1)(B). Consequently, as the fourteen-day window to file such a response has now passed, the Court will "in its discretion, consider the failure of [Defendant Joyce] to file a timely response as a confession of the [M]otion." *Id.*

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and that TLC may formally file its Amended Listing of Other Witnesses [ECF 378-2] no later than **July 13, 2022**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE