IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

_____

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, and DANIEL AMBROSE, individuals, and GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC., a nonprofit corporation,<br><br>    Defendants,<br><br>and JOHN JOYCE,<br><br>    Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff,<br><br>vs.<br><br>F WARRIORS,<br><br>    Third-Party Defendant. | Case Number: 1:20-CV-00080-JMC-GJF |

**ORDER SETTING DISCOVERY HEARING**

Pursuant to the Court's discussion with counsel during the July 15, 2022, telephonic discovery conference, *see* ECF 391 (clerk's minutes) at 3, **IT IS ORDERED** that counsel for the

parties shall appear before me on **July 19, 2022, at 1:15 p.m. MDT** via Zoom[1] for a discovery hearing to address ongoing discovery issues, including those related to insurance and executive session matters discussed in recent email correspondence with the Court.   Client attendance is not required.   Only counsel for the parties directly involved in these issues are required to attend.

    **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Zoom access information is as follows:

    Link: https://nmd-uscourts.zoomgov.com/j/1611728943
    Meeting ID: 161 172 8943
    Passcode: 899544

    One tap mobile:
        +16692545252,,1611728943#,,,,*899544# US (San Jose)
        +16468287666,,1611728943#,,,,*899544# US (New York)

    Dial by your location:
        +1 669 254 5252 US (San Jose)
        +1 646 828 7666 US (New York)

    Join by SIP: 1611728943@sip.zoomgov.com

    Join by H.323:
        161.199.138.10 (US West)
        161.199.136.10 (US East)