IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, and DANIEL AMBROSE, individuals, and GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC., a nonprofit corporation,<br><br>    Defendants,<br><br>and JOHN JOYCE,<br><br>    Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff,<br><br>vs.<br><br>F WARRIORS,<br><br>    Third-Party Defendant. | Case Number: 1:20-CV-00080-JMC-GJF |

### SECOND SUPPLEMENTAL DISCOVERY ORDER

For the reasons stated on the record at the July 19, 2022, discovery hearing, **IT IS ORDERED** that, no later than **July 29, 2022**, TLC shall submit for *in camera* inspection:

(1) All notes and emails that relate to any Executive Sessions convened by the TLC Directors at their board meetings between May 17, 2020, and August 31, 2020, that

discussed the decision to apply for copyright protection of TLC's Skills Outline – Version 1.  TLC need not include in this submission any notes or emails from any portion of any Executive Session at which Chris Ralston and/or Patrick Murphy, Esqs., were in attendance.

(2) All notes and emails that relate to any Executive Sessions convened by the TLC Directors at their board meetings between September 2020 and February 10, 2021, that discussed the decision to apply for copyright protection of TLC's Skills Outline – Psychodrama (as referenced in document 248 of TLC's privilege log).  TLC need not include in this submission any notes or emails from any Executive Session at which Chris Ralston and/or Patrick Murphy, Esqs., were in attendance.

(3) The application that TLC submitted to the Kinsale Insurance Company in connection with the Kinsale "Directors & Officers" (D&O) liability insurance policy that was issued to TLC on or about August 9, 2021, and any communications related to the exclusion from that policy of the former Spence Directors.

(4) Any documents explaining the non-renewal in 2021 of the Travelers D&O policy.[1]

**IT IS FURTHER ORDERED** that TLC may choose instead to produce any of the above items to Spence Defendants in lieu of submitting them to the Court for *in camera* review.

**IT IS FINALLY ORDERED** that TLC's deadline to submit for *in camera* inspection those documents described in the Court's previous Supplemental Discovery Order [ECF 396][2] is

---

[1] TLC has already submitted for *in camera* inspection (as document #128 on its privilege log) the "tender letter" that it submitted to Travelers in connection with this litigation.

[2] *I.e.*, "For the period April 14–May 13, 2020, … all responsive documents in [TLC's] possession" with respect to "[d]ocuments generated before this litigation commenced that reflect communications among the Sloan group of TLC directors, including with Attorney Patrick Murphy."  ECF 396 at 2.  In addition, by July 29, 2022, "TLC shall also update and disclose to the Spence Defendants (with a copy to the Court) its Privilege Log to include all the documents in this in camera production as to which it asserts a privilege."  *Id.*

hereby extended to **July 29, 2022**.

      **SO ORDERED.**

                                                */s/ Gregory J. Fouratt*
                                                THE HONORABLE GREGORY J. FOURATT
                                                UNITED STATES MAGISTRATE JUDGE