

**FILED**

*3:52 pm, 8/8/22*

**Margaret Botkins
Clerk of Court**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| The Trial Lawyers College | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 20-CV-80-C |
| | ) |
| Gerry Spences Trial Lawyers College at Thunderhead Ranch, et al. | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING ADMISSION PRO HAC VICE OF NICHOLAS C. ROWLEY AS COUNSEL FOR DEFENDANT DANIEL AMBROSE

**THIS MATTER** having come before the Court upon the motion of counsel for the Defendant, Daniel Ambrose, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting Nicholas C. Rowley as Pro Hac Vice counsel in the District of Wyoming.  The Court has reviewed this matter and finds that the motion should be granted.  Accordingly,

**IT IS HEREBY ORDERED** that Nicholas C. Rowley is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for an on behalf of the client in all matters including pretrial conferences, as well as trial or

any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 8th day of August, 2022.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE