# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**Margaret Botkins**
**Clerk of Court**

3:31 pm, 8/29/22

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation<br><br>Plaintiff,<br><br>vs.<br><br>GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, and DANIEL AMBROSE individuals, and GERRY SPENCE METHOD AT THUNDERHEAD RANCH INC., a nonprofit corporation<br><br>Defendants,<br><br>and JOHN JOYCE,<br>          Defendant, Counterclaim Plaintiff and Third-Party Plaintiff<br><br>vs.<br>F WARRIORS,<br><br>Third-Party Defendant. | Case Number: 20-CV-80-JMC-GJF<br><br><br><br><br><br><br><br>Interpreter Needed: No<br><br><br><br><br><br><br><br><br><br><br><br>Setting or Resetting: Setting |

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place:<br>Alfred A. Arraj Courthouse<br>901 19th Street<br>Courtroom A-201<br>Denver, Colorado  80294 | Before:<br>The Honorable Joel M. Carson III |
|---|---|
| | Date and Time:<br>Wednesday, September 28, 2022 at 9:00am |

Type of Proceeding:

FINAL PRETRIAL CONFERENCE

Margaret Botkins
Clerk of Court

Dated this 29th day of August, 2022.

Johnna Galik
Deputy Clerk

TO:

Counsel of Record

Court Reporter