# United States District Court
## For The District of Wyoming
Joel M. Carson, United States 10th Circuit Judge



**FILED**

6:04 pm, 10/11/22

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| Johnna Galik, Deputy Clerk<br>Megan Strawn, Court Reporter<br>Christopher Lauderman and Rachel Willroth, Law Clerk | October 11, 2022<br>Casper, WY |

Case No. 20-CV-80-JMC; Trial Lawyers College v Gerry Spences Trial Lawyers College at Thunderhead Ranch et al

| | |
|---|---|
| Trial Lawyers College,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Gerry Spences Trial Lawyers College at Thunderhead Ranch et al,<br><br>　　　　　Defendant. | Plaintiff's Attorneys: Christopher Ralston, James Gilbert, Lindsay Calhoun, Pat Murphy, Matthew Slaughter<br><br>Defendant's Attorneys: Steven Velkei, Jim Fitzgerald, Beth Kushner, John Joyce, Khail Parris; |

## COURTROOM MINUTES
## JURY TRIAL

| | |
|---|---|
| 8:57am | Court called to order.    Introductions of counsel and parties. |
| 9:01am | Statements to Counsel regarding Status Conference. |
| 9:02am | Comment by Mr. Velkei regarding Status Conference. |
| 9:03am | Comments by Mr. Ralston regarding term of confidential settlement agreement; |
| 9:04am | Court finds that terms of settlement will not be presented to the jury; Written order to follow; Court comments regarding Mr. Rowley.  Court will take a long lunch to accommodate parties; |
| 9:07am | Discussion regarding schedule of trial; |
| 9:11am | Instructions by Court on how day will proceed.    Plaintiff's and Spence defendants will have 40 minutes voir dire each and Mr Joyce will have 10 minutes; |

20-CV-80-JMC                                                                                               October 11, 2022
Trial Lawyers College v Gerry Spences Trial Lawyers College at Thunderhead Ranch et al
**COURTROOM MINUTE SHEET CONTINUED**

| | |
|---|---|
| 9:18am | Court stands in recess |
| 9:38am | Court resumes in presence of the jury; Qualifying Oath issued to jurors; Jury Qualified; |
| 9:42am | Petit Jury oath issued; case introduced by the Court; Court Voir Dire; |
| 10:16am | Plaintiff voir dire by Pat Murphy; |
| 10:50am | Court stands in recess; |
| 11:04am | Court called to Order; Spence Defendant's voir dire by Khail Parris; |
| 11:41am | John Joyce voir dire; |
| 11:51am | Court invites voir dire counsel to hear issues at sidebar; |
| 12:21pm | Court comments regarding jury selection; Jury is in recess until 2:45pm; |
| 12:26pm | Court stands in recess; |
| 12:36pm | Court is back on the record out of the presence of the jury. |
| 12:37pm | Court/Counsel go through Jury Panel to select jurors to be excused for cause;<br><br>Jurors 8, 9 and 14 challenged for cause.   Juror 26 excused. |
| 1:15pm | Counsel issues peremptory challenges;<br><br>Jurors 4 and 10 challenged; Counsel signs off on PC sheet; |
| 1:21pm | Court remarks about counterfeit trademark infringement brought up in 10/10/22 Status Conference.  Court issues a ruling regarding the issue; Defendants' Motion to Dismiss Counterfeit Trademark Infringement claim is granted; |
| 1:26pm | Court instructs counsel on openings – counsel is warned about bringing up issues that would have effects on prior rulings;  Plaintiffs would like to preserve objection on the record; Counsel instructed to file a Motion for Reconsideration if they believe it needs to be reviewed; Defendant addresses state of mind issue in context. |
| 1:32pm | Counsel instructed to keep walkway open for witnesses; Parties are to sit on bench by gallery. |
| 1:34pm | Court stands in recess until 2:45pm. |

20-CV-80-JMC                                                                                          October 11, 2022
Trial Lawyers College v Gerry Spences Trial Lawyers College at Thunderhead Ranch et al
**COURTROOM MINUTE SHEET CONTINUED**

2:45pm        Court called to order out of presence of the jury. Plaintiff's counsel has advised that they are close to a settlement. Counsel asked for the afternoon to be able to work out the details for settlement. Court grants the request and informs counsel what the jury admonishment will be and requests for jury;

2:51pm        Jury brought in; Court comments to the jury; seated jurors called to jury box; Jurors that were not selected are released from service.

JURY EMPANELED - at      2:59pm                        .

3:00pm        Instructions to the jury by the Court;

3:04pm        Jury released to return at 8:45am;

3:05pm        Court instructed counsel to proceed with settlement;

3:06pm        Court stands in recess subject to call;

4:52pm        Court called to order out of presence of jury; Parties inquired whether Court would consider withdrawn the contempt orders for Mr. Parris, Ms Hodjat and Mr Joyce; Court agreed that it would entertain withdrawing contempt orders;

4:54pm        Court stands in recess;

5:38pm        Court notified that counsel will continue negotiations and notify Court if settlement is reached via email; Court to resume at 10/12/22 at 8:30am.