IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | | |
|---|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 1:20-cv-0080 |
| v. | ) ) | JUDGE CARSON |
| GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, *et al.* | ) ) ) ) | MAGISTRATE JUDGE FOURATT |
| Defendants. | ) ) | |

## CONSENT PERMANENT INJUNCTION

The parties have reached a confidential settlement of this matter and have agreed to entry of the following consent injunction, which shall remain in effect until further order of the Court:

**IT IS HEREBY ORDERED** Defendants Gerry Spences Trial Lawyers College at Thunderhead Ranch, Gerry Spence Method, Gerry Spence, Joey Low, Kent Spence, John Zelbst, Rex Parris, and John Joyce ("Defendants") are (1) enjoined from using the marks bearing Registration Numbers 4,197,908 and 4,198,054 ("TLC's Marks"), provided, however, that TLC Mark '054 may still be used for personal, non-legal purposes[1]; (2) enjoined from stating or implying that they have any present affiliation with the Trial Lawyers College, or that any entity

---

[1] For the avoidance of doubt, Defendants may not use the '054 Mark in conjunction with any trial skills training programs, including but not limited to programs hosted by the Gerry Spence Method.

affiliated with any of them is the Trial Lawyers College; and (3) enjoined from using any TLC's trade secrets for any reason, including but not limited the Alumni Database that has been the subject of this litigation, provided, however, that this provision does not apply to any emails that may have been lawfully obtained or prior to entry of this order.

**IT IS FURTHER ORDERED** that Plaintiff TLC is enjoined from using the name, image, or likeness of Defendants Gerry Spence, Joey Low, Kent Spence, John Zelbst, Rex Parris, John Joyce, their family members (without their written consent), unless such family members are faculty, staff, or students of the Trial Lawyers College on a going forward basis from the date of this agreement, as well as Thunderhead Ranch, beyond factually and historically accurate references to TLC's lease of the Thunderhead Ranch from 1994-2020.

**IT IS FURTHER ORDERED** that Plaintiff TLC is (1) enjoined from using the logo of the Gerry Spence Method in connection with promoting any of its programs or services; (2) enjoined from using the name, image, or likeness of Gerry Spence, Joey Low, Kent Spence, John Zelbst, Rex Parris, John Joyce, their family members (without their written consent), unless such family members are faculty, staff, or students of the Trial Lawyers College on a going forward basis from the date of this agreement, or Thunderhead Ranch in connection with promoting any of its programs or services, beyond factually and historically accurate references to TLC's lease of the Thunderhead Ranch from 1994-2020.

**IT IS FURTHER ORDERED** that any party hereto that has alleged to have violated this Agreement shall have a thirty-day period to cure.

DATED this 12th day of October, 2022.

_____
UNITED STATES CIRCUIT JUDGE
Sitting by Designation