Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-Mail: pmurphy@wpdn.net
        zmason@wpdn.net

Christopher K. Ralston (Admitted *Pro Hac Vice*)
Lindsay Calhoun (Admitted *Pro Hac Vice*)
James Gilbert (Admitted *Pro Hac Vice*)
Matthew Slaughter (Admitted *Pro Hac Vice*)
PHELPS DUNBAR LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-584-9358
Facsimile: 504-568-9130
Email: chris.ralston@phelps.com
      lindsay.calhoun@phelps.com
      james.gilbert@phelps.com
      matthew.slaughter@phelps.com

Attorneys for The Trial Lawyers College

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | | |
|---|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 1:20-cv-0080 |
| v. | ) ) ) | **JUDGE CARSON** |
| GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, et al. | ) ) ) ) | **MAGISTRATE JUDGE FOURATT** |
| Defendants. | ) ) ) | |

## PLAINTIFF THE TRIAL LAWYERS COLLEGE'S
## MOTION TO DISMISS ALL CLAIMS AGAINST
## <u>DEFENDANT DANIEL AMBROSE</u>

Plaintiff The Trial Lawyers College ("Plaintiff" or "TLC") respectfully requests that due to the confidential settlement reached between Plaintiff and Defendant Daniel Ambrose ("Ambrose"), the Court enter an order dismissing with prejudice all claims in this matter asserted against Mr. Ambrose, with each party to bear their own costs. TLC further requests that this Court maintain jurisdiction over Plaintiff and Mr. Ambrose to enforce the terms of the confidential settlement agreement, if necessary. TLC attempted to confer with Mr. Ambrose regarding the relief sought in this Motion, but has not received a response.

                Respectfully submitted,

                **THE TRIAL LAWYERS COLLEGE**

                */s/ Christopher K. Ralston*
                Christopher K. Ralston, (La. Bar #26706)
                (Admitted *pro hac vice*)
                Lindsay Calhoun, (La. Bar #35070)
                (Admitted *pro hac vice*)
                James Gilbert, (La. Bar # 36468)
                (Admitted *pro hac vice*)
                Matthew Slaughter, (La. Bar #37308)
                (Admitted *pro hac vice*)
                Phelps Dunbar LLP
                Canal Place | 365 Canal Street, Suite 2000
                New Orleans, Louisiana 70130-6534
                Telephone: 504-566-1311
                Telecopier: 504-568-9130
                Email: chris.ralston@phelps.com
                     lindsay.calhoun@phelps.com
                     james.gilbert@phelps.com
                     matthew.slaughter@phelps.com

                and

                By: <u>/s/ Patrick J. Murphy</u>
                Patrick J. Murphy, WSB No. 5-1779
                Zara S. Mason, WSB No. 7-6267

WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-mail: pmurphy@wpdn.net
zmason@wpdn.net

**ATTORNEYS FOR PLAINTIFF THE TRIAL LAWYERS COLLEGE**

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all counsel of record this 4th day of November, 2022.

 /s/ *Christopher K. Ralston*
Christopher K. Ralston

- 3 -