Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-Mail:  pmurphy@wpdn.net
         zmason@wpdn.net

Christopher K. Ralston (Admitted *Pro Hac Vice*)
Lindsay Calhoun (Admitted *Pro Hac Vice*)
James Gilbert (Admitted *Pro Hac Vice*)
Matthew Slaughter (Admitted *Pro Hac Vice*)
PHELPS DUNBAR LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-584-9358
Facsimile: 504-568-9130
Email:   chris.ralston@phelps.com
         lindsay.calhoun@phelps.com
         james.gilbert@phelps.com
         matthew.slaughter@phelps.com

Attorneys for The Trial Lawyers College

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | | |
|---|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 1:20-cv-0080 _____ |
| v. | ) ) ) | **JUDGE CARSON** |
| GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, et al. | ) ) ) ) | **MAGISTRATE JUDGE FOURATT** |
| Defendants. | ) ) ) | |

**PLAINTIFF THE TRIAL LAWYERS COLLEGE'S
CONSENT MOTION TO DISMISS ALL CLAIMS AGAINST
THE SPENCE DEFENDANTS AND JOHN JOYCE**

Plaintiff The Trial Lawyers College ("Plaintiff" or "TLC") respectfully requests that due to the confidential settlement reached, the Court enter an order dismissing the action in its entirety with prejudice, including all claims in this matter asserted against Defendants Gerry Spences Trial Lawyers College at Thunderhead Ranch, Inc., Gerald L. Spence, Rex Parris, Joseph H. Low IV, Kent Spence, John Zelbst, and Gerry Spence Method at Thunderhead Ranch, Inc. (the "Spence Defendants") and Defendant John Joyce ("Joyce"), with each party to bear their own costs. TLC further requests that this Court maintain jurisdiction over Plaintiff, the Spence Defendants, and Mr. Joyce to enforce the terms of the confidential settlement agreement, if necessary, and the Consent Permanent Injunction (Docket No. 588). The Spence Defendants and Mr. Joyce do not oppose this Motion.

Respectfully submitted,

**THE TRIAL LAWYERS COLLEGE**

 */s/ Christopher K. Ralston*
Christopher K. Ralston, (La. Bar #26706)
(Admitted *pro hac vice*)
Lindsay Calhoun, (La. Bar #35070)
(Admitted *pro hac vice*)
James Gilbert, (La. Bar # 36468)
(Admitted *pro hac vice*)
Matthew Slaughter, (La. Bar #37308)
(Admitted *pro hac vice*)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  chris.ralston@phelps.com
            lindsay.calhoun@phelps.com
            james.gilbert@phelps.com
            matthew.slaughter@phelps.com

- 3 -

and

By: /s/ Patrick J. Murphy
Patrick J. Murphy, WSB No. 5-1779
Zara S. Mason, WSB No. 7-6267
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-mail: pmurphy@wpdn.net
           zmason@wpdn.net

**ATTORNEYS FOR PLAINTIFF THE TRIAL LAWYERS COLLEGE**

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all counsel of record this 11th day of November, 2022.

/s/ *Christopher K. Ralston*
Christopher K. Ralston