IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GERRY SPENCES TRIAL LAWYERS )<br>COLLEGE AT THUNDERHEAD )<br>RANCH, a nonprofit corporation, *et al.* )<br>)<br>Defendants. ) | CIVIL ACTION NO. 1:20-cv-0080<br>_____<br><br>JUDGE CARSON<br><br>MAGISTRATE JUDGE FOURATT |

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS
## THE SPENCE DEFENDANTS AND JOHN JOYCE

Having heard and considered Plaintiff The Trial Lawyers College's Motion to Dismiss the entire action with prejudice, including all claims in this matter asserted against Defendants Gerry Spences Trial Lawyers College at Thunderhead Ranch, Inc., Gerald L. Spence, Rex Parris, Joseph H. Low IV, Kent Spence, John Zelbst, and Gerry Spence Method at Thunderhead Ranch, Inc. (the "Spence Defendants") and Defendant John Joyce ("Joyce") on the basis that the parties have reached a confidential settlement, the Court **HEREBY ORDERS THAT** the motion is **GRANTED**, the entire action is dismissed with prejudice hereby, including all claims in this matter against the Spence Defendants and Mr. Joyce, with each party to bear their own costs, and this Court retains jurisdiction over Plaintiff, the Spence Defendants, and Mr. Joyce to enforce the terms of the parties' confidential settlement agreement, should it be necessary, and the Consent Permanent Injunction (Docket No. 588).

DATED: November _____, 2022

_____
The Honorable Joel M. Carson III
United States Court of Appeals for the Tenth Circuit,
Sitting by Designation

PD.40386905.1