IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CASPER DIVISION

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation<br><br>Plaintiff,<br><br>v.<br><br>GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, *et al.*<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-0080<br><br>_____<br><br>JUDGE CARSON<br><br>MAGISTRATE JUDGE FOURATT |

## ORDER GRANTING MOTION TO DISMISS
## DEFENDANT DANIEL AMBROSE

Having heard and considered Plaintiff The Trial Lawyers College's Motion to Dismiss Defendant Daniel Ambrose on the basis that the parties' have reached a confidential settlement, the Court **HEREBY ORDERS THAT** the motion is **GRANTED**, all claims in this matter against Defendant Daniel Ambrose are dismissed with prejudice, and this Court retains jurisdiction over Plaintiff and Mr. Ambrose to enforce the terms of the parties' confidential settlement agreement should it be necessary.

DATED: November 14, 2022

The Honorable Joel M. Carson III
United States Court of Appeals for the
Tenth Circuit, Sitting by Designation