# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br><br>  Plaintiff.<br><br>vs.<br><br>GERRY SPENCE TRIAL INSTITUTE, a nonprofit corporation and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE, and DANIEL AMBROSE, individuals, GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC.,<br><br>  Defendants. | Civil Action No. 1:20-CV-00080-JMC |

## ORDER GRANTING DEFENDANTS' MOTION FOR CONTEMPT

On this day the Court heard and considered Defendants other than Daniel Ambrose ("Moving Defendants'") Motion for Contempt. After considering Moving Defendants' Motion, the pleadings, and the evidence, the Court finds that the evidence demonstrates that Plaintiff The Trial Lawyers College ("Plaintiff") has violated this Court's Permanent Injunction ("Injunction").

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff is held in contempt.

2.  Plaintiff shall pay a monetary fine in the amount of $_____.

3.  Plaintiff shall pay Moving Defendants' reasonable attorneys' fees and expenses incurred in connection with bringing this motion. Moving Defendants shall submit these expenses to the Court for approval no later than _____.

1

2

4. Plaintiff shall immediately remove all content that violates the Injunction from all social media or other forums. Any further violations of this Court's orders shall result in additional sanctions.

Dated: _____, 2024.

_____
Gregory Fouratt
United States Magistrate Judge

41939987_1.DOCX