### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING
### CASPER DIVISION

| | | |
|---|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation | ) ) ) | CIVIL ACTION NO. 1:20-cv-0080 |
| Plaintiff, | ) ) ) | _____ |
| v. | ) ) | JUDGE CARSON |
| GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, *et al.* | ) ) ) ) | MAGISTRATE JUDGE FOURATT |
| Defendants. | ) ) | |

### *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff, The Trial Lawyers College, through undersigned counsel, and pursuant to U.S.D.C. Rule 5.1 (g), hereby respectfully moves this Court for leave to allow Plaintiff to file a Motion to Enforce Settlement be submitted non-public or under seal.

The Motion to Enforce Settlement and attached exhibits contain details about the Settlement Agreement, which has been designated Confidential by agreement of the parties and acknowledged by the Court at Trial Transcript Vol. II 113:25-114:3 and 116:5-7. Accordingly, to abide by its confidentiality obligations under the Settlement Agreement, TLC seeks to file the Motion and attached exhibits under seal.

WHEREFORE, Plaintiff, The Trial Lawyers College, respectfully requests that this Court grant this motion and enter an order allowing Plaintiff to file a Motion to Enforce Settlement and accompanying exhibits non-public or under seal.

Respectfully submitted,

**THE TRIAL LAWYERS COLLEGE**

 */s/ Christopher K. Ralston*
Christopher K. Ralston, (La. Bar #26706)
(Admitted *pro hac vice*)
Lindsay Calhoun, (La. Bar #35070)
(Admitted *pro hac vice*)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  chris.ralston@phelps.com
            lindsay.calhoun@phelps.com

and

Patrick J. Murphy, WSB No. 5-1779
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-mail: pmurphy@wpdn.net

 **ATTORNEYS FOR PLAINTIFF**
 **THE TRIAL LAWYERS COLLEGE**

**CERTIFICATE OF SERVICE**

 I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all counsel of record this 2nd day of December, 2024.

 */s/ Christopher K. Ralston*

- 2 -

PD.47668476.1