IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, and DANIEL AMBROSE, individuals, and GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC., a nonprofit corporation, <br><br> Defendants. | Case Number: 1:20-CV-00080-JMC-GJF |

**ORDER GRANTING IN PART AND DENYING IN PART
EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL**

THIS MATTER is before the Court on Plaintiff's Ex Parte Motion for Leave to File Under Seal ("the Motion"). ECF 600. Because the Motion does not indicate whether Plaintiff "conferred and made reasonable good faith efforts to resolve the dispute with, or obtain the consent of, opposing counsel prior to filing the [M]otion," the Motion could be "summarily denied for failure to certify conferral." Local Rules of the United States District Court for the District of Wyoming (Jan. 2022) ("Local Rule") 7.1(b)(1)(A) (requiring "[t]he moving party [to] state in the [non-dispositive] motion the specific efforts to comply with this rule and the position of the opposing party"). Because Defendants have now filed their response to Plaintiff's Motion [ECF 601], however, the Court will not deny the Motion on that basis.

In its Motion, Plaintiff seeks leave to file a Motion to Enforce Settlement, with attached exhibits containing details about the settlement agreement, under seal. ECF 600 at 1. Defendants oppose Plaintiff's Motion insofar as Plaintiff seeks leave to file documents other than the settlement agreement under seal. ECF 601. In Defendants' view, Plaintiff fails to demonstrate that "every communication touching on settlement is one where **anyone's** interests in confidentiality outweighs the **public's** interest in access." *Id*. at 1, 3. The Court agrees.

To the extent the Motion seeks permission to file the parties' settlement agreement itself under seal, the Motion is well-taken and will be **GRANTED**. To the extent Plaintiff seeks to file its Motion and exhibits other than the settlement agreement under seal, the Motion is not well-taken and will be **DENIED**.

SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE