# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br>　　　Plaintiff.<br><br>vs.<br><br>GERRY SPENCE TRIAL INSTITUTE, a nonprofit corporation and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE, and DANIEL AMBROSE, individuals, GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC.,<br>　　　Defendants. | Civil Action No. 1:20-CV-00080-JMC |

## NOTICE OF TLC'S WITNESSES FOR JANUARY 10, 2025 HEARING

The Trial Lawyers College, a non-profit corporation, by and through its counsel of record, pursuant to this Court's December 11, 2024 Order, now submits this disclosure of witnesses to be called for the hearing scheduled January 10, 2025.

## Witness List

Plaintiff, Trial Lawyers College ("TLC") may call the following two witnesses:

1. Maren Chaloupka

2. John Sloan

3. The length of direct examination should not exceed one hour for each witness.

**[SIGNATURE PAGE FOLLOWS]**

Respectfully submitted,

**THE TRIAL LAWYERS COLLEGE**

*/s/ Christopher K. Ralston*
Christopher K. Ralston, (La. Bar #26706)
(Admitted *pro hac vice*)
Lindsay Calhoun, (La. Bar #35070)
(Admitted *pro hac vice*)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  chris.ralston@phelps.com
            lindsay.calhoun@phelps.com

and

Patrick J. Murphy, WSB No. 5-1779
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-mail: pmurphy@wpdn.net

**ATTORNEYS FOR PLAINTIFF
THE TRIAL LAWYERS COLLEGE**

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all counsel of record this 7th day of January, 2025.

*/s/Christopher K. Ralston*