Beth J. Kushner (admitted *pro hac vice*)
von BRIESEN & ROPER, s.c.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Telephone: 414-287-1373
bkushner@vonbriesen.com

James E. Fitzgerald
FITZGERALD LAW OFFICES
2108 Warren Avenue
Cheyenne, WY 82001
Telephone: 307.635.2391
jim@fitzgeraldlaw.com

ATTORNEYS FOR DEFENDANTS GERRY SPENCE TRIAL INSTITUTE, GERALD L. SPENCE, REX PARRIS, JOSEPH LOW, JOHN ZELBST, KENT SPENCE AND GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br><br>　　　　Plaintiff.<br><br>vs.<br><br>GERRY SPENCE TRIAL INSTITUTE, a nonprofit corporation and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, JOHN JOYCE, and DANIEL AMBROSE, individuals, GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC.,<br><br>　　　　Defendants. | Civil Action No. 1:20-CV-00080-JMC |

**DEFENDANTS' NOTICE OF INTENT TO CALL WITNESS AT JANUARY 10, 2025 HEARING**

1

Pursuant to the Court's December 11, 2024 Order, Defendants intend to call John Zelbst as a witness. Mr. Zelbst's direct examination is anticipated to be approximately thirty minutes in duration.

Respectfully submitted this 7th day of January, 2025.

        */s/ Beth J. Kushner*

        Beth J. Kushner (admitted *pro hac vice*)
        von BRIESEN & ROPER, s.c.
        411 East Wisconsin Avenue, Suite 1000
        Milwaukee, WI 53202
        Telephone: 414-287-1373
        bkushner@vonbriesen.com

        James Fitzgerald
        Fitzgerald Law Firm
        2108 Warren Avenue
        Cheyenne, WY 82001
        Telephone: 307-634-4000
        jim@fitzgeraldlaw.com

        ATTORNEYS FOR DEFENDANTS GERRY SPENCE TRIAL INSTITUTE, GERALD L. SPENCE, REX PARRIS, JOSEPH LOW, JOHN ZELBST, KENT SPENCE AND GERRY SPENCE METHOD AT THUNDERHEAD RANCH, INC.

## **CERTIFICATE OF SERVICE**

     I hereby certify that true and correct copy of the foregoing document has been served electronically by transmission to an electronic filing service provider for service through the Court's CM/ECF system to all parties on January 7, 2025.

                                          */s/ Beth J. Kushner*

42173930_1.DOCX